## Exhibit A

**Entity Structure Chart**

