| **Fill in this information to identify the case:** |
|---|
| **Debtor name:** EHT US1, Inc., et al. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 21-10036 |

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders[1]

12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lodging USA Lendco LLC[2] c/o ASAP International Hotel, LLC 81 N. Mentor Avenue Pasadena CA 91106 | Jerome Yuan jerome@asapholdings.com Tel: (213) 625-1200 | Loan | ☐ C ☐ U ☑ D | | | $89,000,000.00[3] |
| 2 | Crestline Hotels & Resorts LLC 3950 University Drive Suite 301 Fairfax VA 22030 | Monica Bernstein Monica.Bernstein@Crestlinehotels.com Tel: (571) 529-6100 | Hotel Management | ☑ C ☑ U ☑ D | | | $4,150,000.00 |
| 3 | Aimbridge Hospitality, LLC 5851 Legacy Circle Suite 400 Plano TX 75024 | Greg Moundas greg.moundas@aimhosp.com Tel: (972) 952-0200 | Trade | ☑ C ☑ U ☑ D | | | $3,475,763.99 |
| 4 | Intercontinental Hotels Group PO Box 101074 Atlanta GA 30392-1074 | Tim Kennedy tim.kennedy@ihg.com Tel: (760) 294-8611 | Trade | ☑ C ☑ U ☑ D | | | $3,119,911.75 |
| 5 | Newtek Small Business Finance, LLC 1981 Marcus Avenue Suite 130 Lake Success NY 11042 | Eliot Kirshnitz ekirshnitz@newtekone.com Tel: (212) 273-8183 | Loan | ☐ C ☐ U ☑ D | | | $2,437,500.00 |
| 6 | Evolution Hospitality LLC 5851 Legacy Circle Suite 400 Plano TX 75024 | Greg Moundas greg.moundas@aimhosp.com Tel: (972) 952-0200 | Trade | ☑ C ☑ U ☑ D | | | $2,067,427.16 |

1   On a consolidated basis, excluding tax claims.  The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtors with respect to all or any portion of the claims listed herein.  Moreover, nothing herein shall affect any Debtor's right to challenge the amount, priority, validity or characterization of any claim at a later date.  Out of abundance of caution, the Debtors have included in this list vendors and service providers (to the extent known to the Debtors) who previously provided services to the hotel management companies. Any obligations to these vendors and service providers are obligations of the respective hotel management companies, and the Debtors reserve all rights related to claims of such vendors filed in this case.

2   The Debtors are currently investigating the loan from Lodging USA Lendco, LLC ("Lodging USA") to determine the role of the Debtors' former officers Taylor Woods and Howard Wu in connection with Lodging USA and whether Lodging USA should be considered an insider.

3   Original principal amount.

| Debtor | **EHT US1, Inc., et al.** | | | Case number *(if known)* **21-10036** | | |
|---|---|---|---|---|---|---|

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent unliqui- dated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 7 | Marriott International<br>10400 Fernwood Road<br>Dept 51/010.24<br>Bethesda MD 20817 | Steven A. Cohen<br>steven.cohen@arentfox.com<br>Tel: (301) 380-3000 | Trade | ☑ C<br>☑ U<br>☑ D | | | $1,382,319.12 |
| 8 | BankDirect Capital Finance<br>150 North Field Drive<br>Suite 190<br>Lake Forest IL 60045 | admin@bankdirectcapital.com<br>Tel: (877) 226-5456 | Insurance | ☑ C<br>☑ U<br>☑ D | | | $988,049.00 |
| 9 | City of Long Beach<br>411 West Ocean Boulevard<br>9th Floor<br>Long Beach CA 90802 | Richard F. Anthony<br>cityattorney@longbeach.gov<br>Tel: (562) 570-2200 | Trade | ☑ C<br>☑ U<br>☑ D | | | $871,014.37 |
| 10 | Sompo International Insurance<br>1221 Avenue of the Americas<br>New York NY 10020 | Chloe Ferguson<br>cferguson@sompo-intl.com<br>Tel: (212) 471-1770 | Insurance | ☑ C<br>☑ U<br>☑ D | | | $869,938.00 |
| 11 | Sentry Control Systems Inc.<br>6611 Odessa Avenue<br>Van Nuys CA 91406 | Brent Gonzalez<br>brent.gonzalez@skidata.com<br>Tel: (818) 381-5259 | Trade | ☑ C<br>☑ U<br>☑ D | | | $811,491.00 |
| 12 | Hilton Worldwide<br>4649 Paysphere Circle<br>Chicago IL 60674 | Austin Elmaghrabi<br>austin.elmaghrabi@hilton.com<br>Tel: (703) 883-1000 | Trade | ☑ C<br>☑ U<br>☑ D | | | $676,039.64 |
| 13 | Hospitality Staffing Solutions LLC<br>PO Box 742822<br>Atlanta GA 30374-2822 | Michael Patterson<br>MPatterson@hssstaffing.com<br>Tel: (678) 426-5664 | Trade | ☑ C<br>☑ U<br>☑ D | | | $657,424.14 |
| 14 | Kaiser Foundation Health Plan<br>PO Box 80204<br>Los Angeles CA 90080-0204 | Antonio Ayala<br>Antonio.J.Ayala@kp.org<br>Tel: (720) 857-4319 | Trade | ☑ C<br>☑ U<br>☑ D | | | $554,251.51 |
| 15 | Sysco<br>20701 East Currier Road<br>City of Industry CA 91789 | Angelline Ng<br>Ng.Angelline@la.sysco.com<br>Tel: (909) 595-9595 | Trade | ☑ C<br>☑ U<br>☑ D | | | $419,004.55 |
| 16 | US Foods<br>Fish License # 17108<br>Box 843202<br>Dallas TX 75284-3202 | Charlene K Goss<br>charlene.goss@usfoods.com<br>Tel: (847) 268-5428 | Trade | ☑ C<br>☑ U<br>☑ D | | | $408,578.77 |
| 17 | Everest National Insurance Company<br>PO Box 499<br>Newark NJ 07101-0499 | Tel: (714) 371-9600 | Trade | ☑ C<br>☑ U<br>☑ D | | | $328,455.98 |

Debtor    **EHT US1, Inc., et al.**                                                                                                Case number *(if known)* **21-10036**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Gibs Inc. c/o Carnival Corporation 231 Windsor Way Long Beach CA 90802 | Wilkin Mes Tel: (562) 243-2191 Fax: (305) 471-4700 | Trade | ☑ C ☑ U ☑ D | | | $327,789.11 |
| 19 | Hotelier Management Services LLC PO Box 715123 Cincinnati OH 45271-5123 | Angel Pis-Dudot angel@hotelierlinen.com Tel: (786) 301-6559 | Trade | ☑ C ☑ U ☑ D | | | $299,734.18 |
| 20 | Aetna Life Insurance Company PO Box 31001-1408 Pasadena CA 91110-1408 | Tel: (866) 899-4378 | Trade | ☑ C ☑ U ☑ D | | | $278,210.29 |
| 21 | Belfor USA Group Inc. 5085 Kalamath St Denver CO 80221 | Tim Smith tim.smith@us.belfor.com Tel: (303) 656-1178 | Trade | ☑ C ☑ U ☑ D | | | $277,098.11 |
| 22 | Blackhawk Protection 30141 Antelope Road Suite D # 786 Menifee CA 92584 | Javier Escobar tiffganino@aol.com Tel: (909) 384-9015 | Trade | ☑ C ☑ U ☑ D | | | $257,513.19 |
| 23 | Proskauer Eleven Times Square New York NY 10036-8200 | Steven L. Lichtenfeld slichtenfeld@proskauer.com Tel: (212) 969-3000 | Trade | ☑ C ☑ U ☑ D | | | $223,722.05 |
| 24 | ENWAVE USA PO Box 207851 Dallas TX 75320-7851 | Dan Kelley Dan.kelley@enwave.com Tel: (416) 392-6838 | Trade | ☑ C ☑ U ☑ D | | | $206,773.36 |
| 25 | Fiserv 255 Fiserv Drive Brookfield WI 53045 | Deborah Stevenson Deborah.Stevenson@fiserv.com Tel: 301-665-4031 | Trade | ☑ C ☑ U ☑ D | | | $199,320.03 |
| 26 | Duke Energy PO Box 1004 Charlotte NC 28201-1004 | Florida.support@duke-energy.com Tel: (877) 372-8477 | Trade | ☑ C ☑ U ☑ D | | | $190,635.36 |
| 27 | PSAV 23918 Network Place Chicago IL 60673 | Dawn C. Montgomery dmontgomery@PSAV.COM Tel: (727) 743-9577 | Trade | ☑ C ☑ U ☑ D | | | $190,407.41 |
| 28 | JN Cleaning Solutions 1424 Ridge Street Kissimmee FL 34744 | Jusemil Abijamad jabijamad@jncleaningsolutions.com Tel: (407) 460-3981 | Trade | ☑ C ☑ U ☑ D | | | $185,852.76 |

Debtor    **EHT US1, Inc., et al.**                                                                                           Case number *(if known)* **21-10036**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 | Ecolab Inc. PO Box 70343 Chicago IL 60673-0343 | Angie Berberich angela.berberich@ecolab.com Tel: 1-800-352-5326 | Trade | ☑ C ☑ U ☑ D | | | $177,877.63 |
| 30 | Iwerks Entertainment Inc. 27509 Avenue Hopkins Santa Clarita CA 91355 | Kate Magnusson kmagnusson@iwerks.com Tel: (416) 597-1585 | Trade | ☑ C ☑ U ☑ D | | | $170,869.86 |

| Fill in this information to identify the case and this filing: |
|---|
| Debtor name: EHT US1, Inc., et al. |
| United States Bankruptcy Court for the: District of Delaware |
| Case number (if known): 21-10036 |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☑ Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
- ☐ Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/29/2021
             MM/DD/YYYY

X  /s/ Alan Tantleff
Signature of individual signing on behalf of debtor

ALAN TANTLEFF
Printed name

PRESIDENT
Position or relationship to debtor