## EXHIBIT C

## Tantleff Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EHT US1, Inc., *et al.*,[1] | Case No. 21-10036 (CSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ALAN TANTLEFF IN SUPPORT OF**
**DEBTORS' MOTION TO RETAIN FTI CONSULTING, INC.**
**TO (I) PROVIDE DEBTORS A CHIEF RESTRUCTURING OFFICER**
**AND CERTAIN ADDITIONAL PERSONNEL AND (II) DESIGNATE**
**ALAN TANTLEFF AS CHIEF RESTRUCTURING OFFICER FOR**
<u>**DEBTORS EFFECTIVE AS OF PETITION DATE**</u>

I, Alan Tantleff, under penalty of perjury, declare as follows:

1.      I am the Chief Restructuring Officer[2] of the above-captioned debtors and debtors

in possession (the "<u>Debtors</u>").  I have served as the CRO to the Eagle Hospitality Group since

April 13, 2020.  I submit this declaration (the "<u>Declaration</u>") in support of the *Debtors' Motion*

*to Retain FTI Consulting, Inc.to (i) Provide Debtors a Chief Restructuring Officer and Certain*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: EHT US1, Inc.(6703); 5151 Wiley Post Way, Salt Lake City, LLC (1455); ASAP Cayman Atlanta Hotel LLC (2088); ASAP Cayman Denver Tech LLC (7531); ASAP Cayman Salt Lake City Hotel LLC (7546); ASAP Salt Lake City Hotel, LLC (7146); Atlanta Hotel Holdings, LLC (6450); CI Hospitality Investment, LLC (7641); Eagle Hospitality Real Estate Investment Trust (7734); Eagle Hospitality Trust S1 Pte. Ltd. (7669); Eagle Hospitality Trust S2 Pte. Ltd. (7657); EHT Cayman Corp. Ltd. (7656); Sky Harbor Atlanta Northeast, LLC (6450); Sky Harbor Denver Holdco, LLC (6650); Sky Harbor Denver Tech Center, LLC (8303); UCCONT1, LLC (0463); UCF 1, LLC (6406); UCRDH, LLC (2279); UCHIDH, LLC (6497); Urban Commons 4th Street A, LLC (1768); Urban Commons Anaheim HI, LLC (3292); Urban Commons Bayshore A, LLC (2422); Urban Commons Cordova A, LLC (4152); Urban Commons Danbury A, LLC (4388); Urban Commons Highway 111 A, LLC (4497); Urban Commons Queensway, LLC (6882); Urban Commons Riverside Blvd., A, LLC (4661); and USHIL Holdco Member, LLC (4796).  The Debtors' mailing address is 3 Times Square, 9th Floor New York, NY 10036 c/o Alan Tantleff (solely for purposes of notices and communications).

[2]    In addition to serving as CRO, I serve as director of Eagle Hospitality Trust S1 Pte. Ltd., Eagle Hospitality Trust S2 Pte. Ltd., EHT US1, Inc., and EHT Cayman Corp. Ltd.  In all of my roles, I ultimately am responsible to and report to DBS Trustee Limited (in its capacity as the trustee of Eagle Hospitality Real Estate Investment Trust) (the "<u>REIT Trustee</u>"), which acts as the ultimate decision-making authority over the Eagle Hospitality Group.  In addition, as to all matters at or below EHT US1, I report to David John Mack, the independent director to Debtor EHT US1, Inc.

*Additional Personnel and (ii) Designate Alan Tantleff as Chief Restructuring Officer for Debtors*

*Effective as of Petition Date* (the "Motion").[3]

2.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my discussions with other members of the Eagle Hospitality Group's leadership  and the Eagle Hospitality Group's advisors, my review of relevant documents and information concerning the Eagle Hospitality Group's operations, financial affairs, and restructuring initiatives, or my opinions based upon my experience and knowledge.

3.      I am a Senior Managing Director and Leader of the Hospitality, Gaming, and Leisure industry practice of FTI Consulting, Inc. ("FTI"), a leading global business advisory firm with over 50 offices worldwide and over 5,000 professionals, where I specialize in, among other things, workouts and financial restructurings of lodging and hospitality businesses.  I have been assisted throughout my tenure at Eagle Hospitality Group by a team of FTI professionals.

4.      FTI's practice consists of senior financial, management consulting, and other professionals who specialize in providing financial, business, and strategic assistance typically in distressed business settings.  FTI serves troubled companies, debtors, and secured and unsecured creditors, equity holders, and other parties in both in-court and out-of-court engagements similar to the Debtors in the State of Delaware and elsewhere.  FTI's professionals have experience working on cases with similar fact scenarios in which they were presented with issues and performed analyses similar to the work at hand in the Chapter 11 Cases.

5.      I have more than 30 years of diverse, hands-on experience in areas of commercial real estate development, workouts and restructuring, asset management, structured debt and

---

[3]     Unless otherwise noted, capitalized terms used in this Declaration have the same meanings ascribed in the Motion.

62156/0001-40120573v1

equity financing, and acquisitions and dispositions. I am a Senior Managing Director and Leader

of the Hospitality, Gaming, and Leisure industry practice of FTI, a leading global business

advisory firm with over 50 offices worldwide and over 5,000 professionals, where I specialize in,

among other things, workouts and financial restructurings of lodging and hospitality businesses.

Prior to joining FTI Consulting, I was a Managing Director at Hotel Asset Value Enhancement, a

boutique asset management and advisory practice dedicated to the hospitality industry. Before

that, I worked at BlackRock Financial Services, assisting the efforts in workouts and

restructurings of the financial manager's $6 billion sub debt portfolio. I have held senior

management positions at Jones Lang LaSalle, Granite Partners (Savilles), The Prudential

Insurance Company of America and Sands Casino Hotel in Atlantic City.

6.      I have earned numerous awards and accolades throughout my career, including

Real Estate New York's Top "40 under 40" influential people in New York real estate and

RealShare New York's "Commercial Broker All-Stars." Recently, I was named to Turnaround

and Workout Magazine's "People to Watch," and National Real Estate Investor named me "Exit

Strategy Guru" in an article about the timely disposition of hotel assets. I have penned numerous

articles and columns in various trade and industry publications.  I hold an M.S. in Real Estate

Investment and Development, New York University and a B.S. in Hotel Management, School of

Hotel Administration, Cornell University.

7.      In connection with the preparation of this Declaration, FTI conducted a review of

its contacts with the Debtors, their affiliates and certain entities holding large claims against or

interests in the Debtors that were made reasonably known to FTI.  A listing of the parties

reviewed is reflected on **Schedule 1** to this Declaration.  FTI's review, completed under my

supervision, consisted of a query of the Exhibit A parties within an internal computer database

containing names of individuals and entities that are present or recent former clients of FTI.  A summary of such relationships that FTI identified during this process is set forth on Schedule 2 to this Declaration.

8.      Based on the results of its review, FTI does not have a relationship with any of the parties on Schedule 1 in matters related to these proceedings.  FTI has provided and could reasonably be expected to continue to provide services unrelated to the Debtors' cases for the various entities shown on **Schedule 2**.  FTI's assistance to these parties has been related to providing various financial restructuring, litigation support and/or engineering and scientific investigation consulting services. To the best of my knowledge, no services have been provided to these parties in interest which involve their rights in the Debtors' cases, nor does FTI's involvement in this case compromise its ability to continue such consulting services.

9.      Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which FTI is to be employed, and none are in connection with these cases.

4

10.     FTI does not believe it is a "creditor" with respect to fees and expenses of any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other member of the FTI engagement team serving the Debtors, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

11.     As such, to the best of my knowledge, FTI is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that FTI:

(a) is not a creditor, equity security holder or insider of the Debtors;

(b) is not and was not an investment banker for any outstanding security of the Debtors;

(c) has not been, within three years before the date of the filing of the Debtors' chapter 11 petitions, (i) an investment banker for a security of the Debtors or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors;

(d) and was not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors or of any investment banker as specified in subparagraph (b) or (c) of this paragraph.

12.     In addition, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, FTI neither holds nor represents an interest adverse to the Debtors within the meaning of Section 327(a) of the Bankruptcy Code.

13.     It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a Bankruptcy Rule 2014(a) Supplemental Affidavit.

14.     Other than as disclosed herein, FTI has no relationship with the Debtors of which I am aware after due inquiry.

5

15.     It is the intention of FTI to seek compensation as described in the Motion and the Engagement Agreement in accordance with the Bankruptcy Code, the Bankruptcy Rules, and any and all applicable rules and orders of the Court.

16.     FTI charges its clients for reasonably incurred, out-of-pocket expenses associated with an assignment.  Except as necessary to comply with an applicable order of the Court, all such expense billings are in accordance with FTI's customary practices.

17.     In the ninety (90) days prior to the Petition Date, FTI received $1,406,600.57 for professional services performed for the Debtors. FTI holds a fee or expense claim with respect to its prepetition fees and expenses.  FTI will waive such claim upon entry of a final order approving its engagement in these cases.  FTI has not received a retainer in these Cases.

18.     To the best of my knowledge, the compensation arrangement provided in the Engagement Agreement is consistent with and typical of arrangements entered into by FTI and other firms rendering similar services to clients such as the Debtors.  To the best of my knowledge, there is no agreement or understanding between FTI and any non-affiliated person or entity for sharing compensation received, or to be received, for services rendered by FTI personnel in connection with these Cases.

19.     Based upon the foregoing, I believe FTI is "disinterested" as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

[*Remainder of page intentionally left blank.*]

62156/0001-40120573v1

7

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated:  February 3, 2021

*/s/ Alan Tantleff*
Alan Tantleff

7

62156/0001-40120573v1

### Schedule 1

### Listing of Parties-in-Interest Reviewed for
### Current and Recent Former Relationships

#### DEBTORS

| | |
|---|---|
| 5151 Wiley Post Way, Salt Lake City, LLC | Sky Harbor Denver Tech Center, LLC |
| ASAP Cayman Atlanta Hotel LLC | UCCONT1, LLC |
| ASAP Cayman Denver Tech LLC | UCF 1, LLC |
| ASAP Cayman Salt Lake City Hotel LLC | UCHIDH, LLC |
| ASAP Salt Lake City Hotel, LLC | UCRDH, LLC |
| Atlanta Hotel Holdings, LLC | Urban Commons 4th Street A, LLC |
| CI Hospitality Investment, LLC | Urban Commons Anaheim HI, LLC |
| Eagle Hospitality Real Estate Investment Trust | Urban Commons Bayshore A, LLC |
| Eagle Hospitality Trust S1 Pte. Ltd. | Urban Commons Cordova A, LLC |
| Eagle Hospitality Trust S2 Pte. Ltd. | Urban Commons Danbury A, LLC |
| EHT Cayman Corp. Ltd. | Urban Commons Highway 111 A, LLC |
| EHT US1, Inc. | Urban Commons Queensway, LLC |
| Sky Harbor Atlanta Northeast, LLC | Urban Commons Riverside Blvd., A, LLC |
| Sky Harbor Denver Holdco, LLC | USHIL Holdco Member, LLC |

#### NON-DEBTOR MANAGER/TRUSTEE ENTITIES, YUAN ENTITIES, AND THEIR AFFILIATES

| | |
|---|---|
| ASAP Holdings Co. | Eagle Hospitality REIT Management Pte. Ltd. |
| ASAP Hotel International, LLC | EHT Asset Management, LLC |
| ASAP International Holdings Inc. | EHT USMGT1, LLC |
| ASAP International Hotel, LLC | Golden Emerald LLC |
| ASAP Property Holdings | REIT Manager US Sub |
| Eagle Hospitality Business Trust | Urban Commons, LLC |
| Eagle Hospitality Business Trust Management Pte. Ltd. | DBS Trustee Limited |

#### NON-DEBTOR SUBSIDIARIES OF EAGLE HOSPITALITY TRUST

| | |
|---|---|
| 14315 Midway Road Addison LLC | ASAP DCP Holdings, LLC |
| 44 Inn America Woodbridge Associates, LLC | ASAP HHG Holdings, LLC |
| 6780 Southwest FWY, Houston, LLC | ASAP Woodbridge Hotel Holdings, LLC |
| ASAP Cayman Dallas Galleria LLC | EHT CI 1 LLC |
| ASAP Cayman Houston Galleria LLC | Woodbridge Hotel Urban Renewal, LLC |
| ASAP Cayman Woodbridge Hotel LLC | |

#### BOARD OF DIRECTORS/ KEY MANAGEMENT OF DEBTORS

| | |
|---|---|
| David, Mack | Alan Tantleff |
| Gronow, Nick | Jerome Tham Wan Loong |

#### BOARD OF DIRECTORS/ KEY MANAGEMENT OF NON-DEBTORS

| | |
|---|---|
| Wu, Howard | Kiel, Douglass |
| Woods, Taylor | Wu, Annie |
| Tham Wan Loong, Jerome | Goldstein, Annie |

62156/0001-40120573v1

Goldstein, Matthew
Wood, Nick
Egnatz, Brian C.
Karas, Michael
Daquan Lim
Schwartz, Jennifer
Stubbe, Carl Gabriel Florian
Takoushian, Salvatore G.
Soriano, Marco
Ng Kheng Choo

Tan See Cin
Tan Wee Peng Kelvin
Tantleff, Alan
Duva, Victor
Yuen, Chua Mun
Jenkins Jr., John Bovian
Kataria, Tarun
Lau, Davy
Fred Chee

## BANKRUPTCY COURT JUDGES AND STAFF (including visiting Judges)

Batts, Cacia
Bello, Rachel
Brady, Claire
Capp, Laurie
Cavello, Robert
Chief Judge Christopher S. Sontchi
Farrell, Catherine
Gadson, Danielle
Haney, Laura
Johnson, Lora
Judge Ashely M. Chan

Judge Brendan L. Shannon
Judge John T. Dorsey
Judge Karen B. Owens
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Lopez, Marquietta
Scaruzzi, Sherry
Strupczewski, Karen
Szymanski, Cheryl
Walker, Jill
Werkheiser, Rachel

## DISTRICT JUDGES (including visiting Judges)

Chief Judge Leonard P. Stark
Chief Magistrate Judge Mary Pat Thynge
Judge Christopher C. Conner
Judge Colm F. Connolly
Judge Gerald A. McHugh
Judge Kent A. Jordan
Judge Malachy E. Mannion
Judge Maryellen Noreika
Judge Mitchell S. Goldberg
Judge Richard G. Andrews

Judge Timothy Belcher Dyk
Judge Todd M. Hughes
Judge William C. Bryson
Magistrate Judge Christopher J. Burke
Magistrate Judge Jennifer L. Hall
Magistrate Judge Joel Schneider
Magistrate Judge Sherry R. Fallon
Senior Judge Eduardo C. Robreno
Senior Judge Joseph F. Bataillon

## DISTRICT MAGISTRATE JUDGES (including visiting Judges)

Aaron, Stewart D.
Cave, Sarah L
Cott, James L.
Davison, Paul E.
Fox, Kevin N.
Freeman, Debra
Goldberg, Martin R.
Gorenstein, Gabriel W.

Lehrburger, Robert W.
McCarthy, Judith C
Moses Barbara
Netburn, Sarah
Parker, Katherine H.
Smith, Lisa Margareth
Wang, Ona T.

62156/0001-40120573v1

## CLERKS OF THE COURT

O'Boyle, Una (Clerk, Bankruptcy Court)                Cerino, John A (Clerk, District Court)

## OFFICE OF THE U.S. TRUSTEE, REGION 3

Hackman, Benjamin                               Starr, Karen
Green, Christine                                Attix,Lauren
Buchbinder, David                               Casey, Linda
Villagrana, David                               Richenderfer, Linda
Cooke, Denis                                    Panacio, Michael
Giordano, Diane                                 Jones, Nyanquoi
Wynn, Dion                                      Vinson, Ramona
Serrano, Edith A.                               Schepacarter, Richard
Mccollum, Hannah M.                             Sierra, Rosa
Dice, Holly                                     Dortch, Shakima L.
O'malley, James R.                              Tinker, T. Patrick
Leamy, Jane                                     Fox, Timothy J.
Mcmahon, Joseph
Sarkessian, Juliet

## GOVERNMENTAL AND REGULATORY ENTITIES

Internal Revenue Services (IRS)                 United States Department of Justice
Singapore Exchange Securities Trading Ltd. (SGX-  Monetary Authority of Singapore
    ST)

## HOTEL MANAGERS

CPCT Associates LLC                             Interstate Management Company, LLC
Crestline Hotels & Resorts, LLC                 Pyramid Danbury Management LLC
DTUT Associates LLC                             Pyramid HHG Management LLC
ESCA Associates LLC                             Pyramid Palm Desert Management L.P.
Evolution Hospitality, LLC                      Pyramid Salt Lake Management LLC
GF Hotels and Resorts                           Pyramid San Jose Management L.P.
HGTX Associates LLC                             SJCA Associates LLC
Highgate Hotels L.P.

## FRANCHISORS

Hilton Franchise Holding LLC                    Holiday Hospitality Franchising, LLC
Hilton Worldwide Holdings                       InterContinental Hotels Group
Marriott International, Inc.

## MASTER LEASE LESSEES

EHT CPDCT, LLC                                  EHT HIOR, LLC
EHT CPDGA, LLC                                  EHT QMLB, LLC
EHT DHSLC, LLC                                  EHT RDH, LLC
EHT ESAN, LLC                                   EHT RWH, LLC
EHT ESPD, LLC                                   EHT SDTC, LLC
EHT FPSJ, LLC                                   EHT SPH, LLC
EHT HAN, LLC                                    EHT WSAC, LLC
EHT HIDH, LLC                                   EHT HHG, LLC
EHT HISM, LLC                                   EHT HIA, LLC

62156/0001-40120573v1

## PROPERTIES

Crowne Plaza Dallas Near Galleria-Addison
Crowne Plaza Danbury
Doubletree by Hilton Salt Lake City Airport
Embassy Suites by Hilton Anaheim North
Embassy Suites by Hilton Palm Desert
Four Points by Sheraton San Jose Airport
Hilton Atlanta Northeast
Hilton Houston Galleria Area
Holiday Inn Hotel & Suites Anaheim

Holiday Inn Denver East - Stapleton
Holiday Inn Resort Orlando Suites - Waterpark
Holiday Inn Hotel & Suites San Mateo
The Queen Mary Long Beach
Renaissance Denver Stapleton
Renaissance Woodbridge
Sheraton Denver Tech Center
Sheraton Pasadena
The Westin Sacramento

## INSURERS

AIG
Howden Insurance Brokers (S.) Pte. Limited
Premium Funding Associates, Inc.

Willis Towers Watson Insurance Services
   West, Inc.

## LANDLORDS

City of Long Beach

## LITIGANTS

Advanced Resourcing LLC
Affiliated FM Insurance Company
Amerifactors Financial Group, LLC
Apollo Bright LLC
Ashley Heard
Award Construction & Restoration, Inc.
Axis Architecture + Design, Inc.
BBMK Contracting LLC, et al.
Brenda Townsend
California Department of Industrial Relations
Caro Construction LLC
Celso Campoverde
City and County of Denver
City of Pasadena
Comm 2017-C41 6780 SW Freeway LLC,
Danny Harris
Derek Posson
Diamond, Phil et al.
Fujitec America, Inc.
Heidy Morales
Holiday Inn Club Vacations Incorporated
J.C Broderick and Associates
JN Cleaning Solutions Inc.
Joanna Wright
Junson Asset Management LLC
Junson Hospitality Management LLC
Junson Hotels Holdings LLC
L.A. Commercial Group, Inc.
Melodie Voeltz

Micaela De La Rosa
Morales, Heidy
Nadia Lotun
Pamela Russo
Peter Strojnik
Piedad Kandil & Tomas Trinidad
Rafael Arroyo
Regency Square Improvement Association
Rosa Pol
Rosemarie Libertelli
Schooley Electric, Inc.
T&G Corporation
Town of Addison
Town of Addison, Texas
Uptown Staffing
Velocity Investments, LLC
Victor Aguirre
Cheryl Cross
John Elkin
Keith Fickenwirth
Christopher Williams
Samantha Stephens
Jacqueline Nuno
Ashley Orcutt
Tina Fenelly
Radiant Services Corporation
William Roper

62156/0001-40120573v1

## PROFESSIONALS

Allen & Gledhill LLP
Ankura Consulting Group
Campbells Law Firm
Carmody Torrance Sandak Hennessy LLP
CBRE
Charles Manzoni QC, SC
Donlin, Recano & Company, Inc.
Ernst & Young
Fingal, Fahrney & Clark LLP
FTI Consulting, Inc.
Grant Thornton
Greenspoon Marder
Haynes and Boone, LLP
Holland & Knight
HVS Global Hospitality Services
Jeffer, Mangels, Butler & Mitchell, LLP
Katten Muchin Rosenman LLP

Kilpatrick Townsend & Stockton
KPMG
Law office of Muhar, Garber, AV and Duncan
Maples Group
Moelis & Company Asia Limited
Moelis & Company LLC
Morgan, Lewis & Bockius LLP
Morrison & Foerster
Munger, Tolles & Olson LLP
Proskauer Rose LLP
Rajah & Tann Singapore LLP
Roetzel & Andress
Shook Lin & Bok LLP
Temple Chambers
Walkers
Weil Gotshal & Manges LLP

## SECURED LENDERS/ BANKS

Banc of California
Bank of America, N.A.
Bank of the West
DBS Bank (Hong Kong) Limited
DBS Bank Ltd.
Deutsche Bank AG New York Branch
Monarch Alternative Capital LP
UBS AG, Stamford Branch

Wells Fargo Bank, National Association
Wells Fargo Commercial Mortgage Servicing
Wells Fargo Commercial Mortgage Trust 2017-
   C41 (Guarantor)
Wilmington Trust, National Association
Barry Slatt Mortgage
Eastdil Secured

## TAXING AUTHORITIES

City and County of Denver
City of Danbury Tax Collector
County of San Mateo County Tax Collector
Los Angeles County Tax Collector
New Jersey Woodbridge Township Tax Collector
Orange County Tax Collector
Riverside County Tax Collector, California

Santa Clara County Department of Tax and
   Collections
California Franchise Tax Board
Internal Revenue Service
City of Pasadena – Department of Finance
Sacramento County Tax Collection Division

## UNSECURED CREDITORS

Aetna Life Insurance Company
Aimbridge Hospitality, LLC
American Hotel Register Company
BankDirect Capital Finance
Belfor USA Group Inc.
Blackhawk Protection
City of Anaheim Public Utilities
Duke Energy
Ecolab Inc.
ENWAVE USA

EPIC Entertainment
Everest National Insurance Company
Fiserv
Gibs Inc.
Hospitality Staffing Solutions LLC
Hotelier Management Services LLC
Iwerks Entertainment Inc.
Kaiser Foundation Health Plan
Lodging USA Lendco LLC
Main Competitors Inc.

62156/0001-40120573v1

Newtek Small Business Finance, LLC
PSAV
Sentry Control Systems Inc.
Sompo International Insurance

Southern California Edison
Sysco
US Foods

## JUDGEMENT CREDITORS

Award Construction & Restoration Inc.

## STATUTORY/MECHANICS' LIEN PARTIES

BBMK Contracting LLC
Caro Construction LLC
Centimark Corporation
City/Town of Sacramento
Interserv L.P.
PMC Plumbing, Inc.
RK Mechanical, Inc.
RK Mechanical, Inc. d/b/a RK Service
Q 34, LLC f/k/a Stapleton 3401, LLC
Integrity Fire Safety Services, LLC
Schooley Electric, Inc. Energy Solutions and
    Services, Inc. dba Efficient Lighting and Electric
P.W. Environmental Inc.

Hill Crane Service, Inc.
P.W. Stephens Environmental, Inc.
Ram Air Engineering, Inc.
Axis Architecture + Design, Inc.
RK Mechanical, Inc., d/b/a RK Service
Automatic Door Doctors, Inc.
Thyssenkrupp Elevator Corporation
Restore NOW, LLC
T&G Corporation d/b/a T&G Constructors
Spectra Trade Estimating Solutions Contract
    Flooring
Trade Estimating Solutions

## KEY EXECUTIVES OF TRUSTEE FOR EAGLE REIT

Soh Ee Fong
Lim Puay Yuen, Jane
Celine Koh I-lyn
Yi Lin Kwek
Yap Boon Lee
Chan Kim Lim

## NOTICES OF APPEARANCE

Waste Management

62156/0001-40120573v1

## Schedule 2

## Listing of Parties-in-Interest Noted for Court Disclosure

### Relationships in Matters Related to These Proceedings

**None**

### Relationships in Unrelated Matters

**Current Clients**

**Franchisors**
Marriott International, Inc.

**Governmental And Regulatory Entities**
Internal Revenue Services (IRS)
Monetary Authority of Singapore
United States Department of Justice

**Insurers**
AIG

**Professionals**
Haynes and Boone, LLP
Holland & Knight
Jeffer, Mangels, Butler & Mitchell, LLP
Morrison & Foerster
Proskauer Rose LLP
Walkers

**Secured Lenders/ Banks**
Bank of America, N.A.

Bank of the West
DBS Bank (Hong Kong) Limited
DBS Bank Ltd.
UBS AG, Stamford Branch
Wells Fargo Bank, National Association
Wilmington Trust, National Association

**Taxing Authorities**
Internal Revenue Service
Los Angeles County Tax Collector

**Unsecured Creditors**
Aetna Life Insurance Company
Belfor USA Group Inc.
Duke Energy
Kaiser Foundation Health Plan
PSAV
Sompo International Insurance
Southern California Edison
Sysco
US Foods

6

**Former Clients (Last Two Years)**

**Hotel Managers**
Highgate Hotels L.P.

**Litigants**
Affiliated FM Insurance Company
City and County of Denver

**Professionals**
Greenspoon Marder
Moelis & Company LLC
Rajah & Tann Singapore LLP

**Taxing Authorities**
City and County of Denver
Eastspring Investments

**Unsecured Creditors**
Ecolab Inc.
Fiserv