**CERTIFICATE OF SERVICE**

I, Erin R. Fay, hereby certify that on the 4th day of February 2021, I caused copies of the *Limited Objection, Reservation of Rights, and Demand for Adequate Protection of Marriott International, Inc. to the Debtors' Motion for Final Order (I) Authorizing Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying Automatic Stay, and (IV) Granting Related Relief* to be served on the parties listed below via electronic mail.

Eagle Hospitality Group
Times Square, 9th Floor
New York, NY 10036
Attn: Alan Tantleff, CRO of the Eagle Hospitality Group
Email: alan.tantleff@fticonsulting.com

Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins and G. Alexander Bongartz
Email: lucdespins@paulhastings.com; alexbongartz@paulhastings.com

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: G. David Dean, Esq.
Email: ddean@coleschotz.com

Morrison & Foerster LLP
707 Wilshire Boulev
Los Angeles, CA 90017-3543, Attn: Tom Fileti
Email: tfileti@mofo.com

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Attn: Jennifer Feldsher
Email: jennifer.feldsher@morganlewis.com

Weil, Gotshal & Manges LLP
767 Fifth Avenue

New York, NY 10153
Attn: Gabriel Morgan and Chase A. Bentley, Esq.
Email: gabriel.morgan@weil.com; chase.bentley@weil.com

Office of The United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Attn: Richard L. Schepacarter, Esq.
Email: Richard.Schepacarter@usdoj.gov

                                                  */s/ Erin R. Fay*
                                                  Erin R. Fay (No. 5268)