**Certificate of Service**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EHT US1, Inc., *et al.*,[1] | Case No. 21-10036 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of February, 2021, a copy of the foregoing was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case, and also was served on the parties listed below by electronic mail.

Dated: February 4, 2021
Wilmington, Delaware

/s/ Scott D. Cousins

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: EHT US1, Inc.(6703); 5151 Wiley Post Way, Salt Lake City, LLC (1455); ASAP Cayman Atlanta Hotel LLC (2088); ASAP Cayman Denver Tech LLC (7531); ASAP Cayman Salt Lake City Hotel LLC (7546); ASAP Salt Lake City Hotel, LLC (7146); Atlanta Hotel Holdings, LLC (6450); CI Hospitality Investment, LLC (7641); Eagle Hospitality Trust S1 Pte Ltd. (7669); Eagle Hospitality Trust S2 Pte Ltd. (7657); EHT Cayman Corp. Ltd. (7656); Sky Harbor Atlanta Northeast, LLC (6450); Sky Harbor Denver Holdco, LLC (6650); Sky Harbor Denver Tech Center, LLC (8303); UCCONT1, LLC (0463); UCF 1, LLC (6406); UCRDH, LLC (2279); UCHIDH, LLC (6497); Urban Commons 4th Street A, LLC (1768); Urban Commons Anaheim HI, LLC (3292); Urban Commons Bayshore A, LLC (2422); Urban Commons Cordova A, LLC (4152); Urban Commons Danbury A, LLC (4388); Urban Commons Highway 111 A, LLC (4497); Urban Commons Queensway, LLC (6882); Urban Commons Riverside Blvd., A, LLC (4661); and USHIL Holdco Member, LLC (4796). The Debtors' mailing address is 3 Times Square, 9th Floor New York, NY 10036 c/o Alan Tantleff (solely for purposes of notices and communications).

Via Email:

Eagle Hospitality Group
3 Times Square
9th Floor New York, NY 10036
Attn: Alan Tantleff
alan.tantleff@fticonsulting.com

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
Attn: G. David Dean
ddean@coleschotz.com

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Attn: Jennifer Feldsher
jennifer.feldsher@morganlewis.com

Office of The United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: Richard L. Schepacarter, Esq.
Richard.Schepacarter@usdoj.gov

Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins and G. Alexander Bongartz
lucdespins@paulhastings.com;
alexbongartz@paulhastings.com

Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543,
Attn: Tom Fileti,
tfileti@mofo.com

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Gabriel Morgan and Chase A. Bentley, Esq.,
gabriel.morgan@weil.com;
chase.bentley@weil.com