# EXHIBIT B

## AGREEMENT FOR HOTEL OWNER'S CONSENT AND APPROVAL TO WORK AND PAYMENT UNDER
## AMENDED AND RESTATED RECIPROCAL EASEMENT AGREEMENT

This Agreement for Hotel Owner's Consent and Approval of Work and Payment Under Amended and Restated Reciprocal Easement Agreement (this "**Consent and Approval**") is dated as of July 31 , 2019, and made by and between UCHIDH, LLC, a Delaware limited liability company (the "**Hotel Owner**"), and Holualoa Stapleton Office, LLC, an Arizona limited liability company (the "**Office Owner**"), with reference to the following recitals.

RECITALS

A.      Hotel Owner and Office Owner are parties to that certain Amended and Restated Reciprocal Easement Agreement, dated November 10, 2016, recorded on November 15, 2016 with the Denver County Clerk and Recorder at Reception Number 2016159836 (the "**REA**").

B.      Office Owner has entered into an agreement with Stapleton 3401, LLC, a Colorado limited liability company (the "**Office Purchaser**"), to sell the Office Property to Office Purchaser (as and if amended, the "**PSA**").

C.      Office Owner and Office Purchaser have determined that certain repairs are necessary to the Parking Garage, generally as described in a report from Restruction Corporation dated April 25, 2019, attached as **Exhibit "A"**, and a report from MEA Consulting Engineers, Inc. dated April 23, 2019, attached as **Exhibit "B"**, the estimated costs of which (the "**Repair Estimate**") are summarized in attached **Exhibit "C"** and which are estimated to total approximately Two Million Two Hundred Fifty-Five Thousand Seven Hundred Seven and 00/100 Dollars ($2,255,707.00) (the "**Repair Proposal**").

D.      By this Consent and Approval, Hotel Owner wishes to consent to the making of such repairs as the Office Owner deems appropriate, consistent with and as generally described in the Repair Proposal (the "**Garage Repairs**") and to consent and agree to reimburse Office Owner for a portion of the cost of the Garage Repairs, all upon the terms and conditions that follow.

AGREEMENT

Now, therefore, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and in considerations of the covenants and conditions set forth in the REA, Hotel Owner consents and agrees, with and for the benefit of Office Owner, as follows:

1.      Definitions.  Any capitalized terms used in this Consent and Approval and not defined herein shall have the meaning set forth in the REA. The foregoing Recitals are incorporated herein and made a part of this Agreement.

2.      Performance Approvals.  Hotel Owner hereby consents and approves of Office Owner or its successors and assigns (including Office Purchaser upon Office Purchaser's closing of its acquisition of the Office Property pursuant to the PSA) performing the Garage Repairs. Without limitation of the foregoing, Hotel Owner hereby approves of the scope of work described

in the Repair Proposal, and approves of the Repair Estimate, which approvals shall be deemed to satisfy all requirements under the REA for issuance, review and approval of a Cost Estimate. Hotel Owner hereby grants and conveys to Office Owner, its successors and assigns, for itself and its employees, agents, consultants, engineers, contractors and subcontractors, non-exclusive easements and rights of access and entry over, under, across and upon the Hotel Property that are reasonably required in order to design, conduct, perform, and inspect the Garage Repairs, and Hotel Owner hereby consents to interruptions in the use of the Parking Garage as are reasonably necessary for the performance of the Garage Repairs.

3. Reimbursement Approval. Hotel Owner acknowledges that pursuant to Section 11.b. of the REA, it is required to pay 33% of the actual cost to make the Garage Repairs, and Hotel Owner hereby acknowledges, ratifies and agrees to such payment obligation; with Hotel Owner's 33% share currently estimated at Seven Hundred Fifty-One Thousand Nine Hundred Two and No/100 Dollars ($751,902.00), with the final actual costs (the "**Hotel Owner's Share of the Garage Repairs**") to be confirmed by invoices to be presented by Office Owner to Hotel Owner from time to time. Hotel Owner shall pay Hotel Owner's Share of the Garage Repairs as reimbursement to Office Owner, within fifteen (15) days from receipt of one or more periodic invoices and billing statements reflecting the portion of the Garage Repairs completed to date, it being understood that Office Owner shall remain responsible for payment of 67% of the cost of the Garage Repairs ("**Office Owner's Share of the Garage Repairs**"), consistent with the terms of the REA. Hotel Owner's payment obligations hereunder shall be secured by the lien referred to in Section 18 of the REA, and Office Owner shall have the benefit of all rights and remedies afforded under Section 18 and all other applicable provisions of the REA in the event of nonpayment of the Hotel Owner's Share of the Garage Repairs as provided herein. To the extent the REA requires or contemplates any other or different procedures for Hotel Owner's approval of the Garage Repairs to be made by Hotel Owner, or payment of Hotel Owner's Share of the Garage Repairs (including any rights to object to the making of the Garage Repairs), such provisions are deemed waived by this Paragraph 3 and the procedures set forth in this Paragraph 3 shall control and govern.

4. Successors and Assigns. This Consent and Approval is for the benefit of, and enforceable by the Office Owner and Office Owner's successors and assigns, including, without limitation, Office Purchaser, who shall be an intended third party beneficiary of this Consent and Approval.

5. Ratification. The terms and conditions of the REA are hereby ratified and reaffirmed in their entirety and remain in full force and effect, subject only to the terms of this Consent and Approval. In the event of any conflict between the terms of this Consent and Approval and the terms of the REA, the terms of this Consent and Approval shall control.

6. Delivery. A facsimile or e-mail of a copy of this Consent and Approval executed by a party shall have the same force and effect as an original and the parties agree to accept the same and be bound thereby. This Consent and Approval may be executed in counterparts or by counterpart signature pages appended hereto, all of which shall be taken together and constitute a single instrument.

**HOTEL OWNER:**

**UCHIDH, LLC, a Delaware limited liability company**

By: _____

Name: _____

Title: _____

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement
108657415.6

Page 3

**OFFICE OWNER:**

**Holualoa Stapleton Office, LLC, an Arizona limited
liability company**

By:    Holualoa Arizona, Inc.
        an Arizona corporation
Its:    Manager

    By: _____
    Name: _STANTON SHAFER_
    Title: _COO_

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement
108657415.6

Page 4

**EXHIBIT "A"**

**Restruction Report on Following Pages**

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement
108657415.6

Exhibit "A" Page 1



Seismic and Structural Repair

**Restruction Corporation**

Colorado
3370 Platte Ave
Sedalia, CO 80135
303-688-8244
Fax 303-688-6733

Utah
2612 South 3230 West
West Valley City, UT 84119
801-972-1190
Fax 801-972-1377

Arizona
2727 S. West Drive
Suite 405
Tempe, AZ 85282
458-557-0174
Fax 480-557-9275

Website
www.restruction.com

April 25, 2019

Mr. Stephen Lechner
Ogilvie Properties, Inc.
2601 Blake Street, Suite 100
Denver, CO 80205

RE: Parking garage repairs.
    3401 Quebec Street, Denver, Colorado

Dear Stephen,

The following proposal is for parking garage repairs at the referenced property. The scope and quantities included are based upon information from SDG, Incorporated and site observations. A detailed Scope of Work is outlined below.

**Scope of Work**

Mobilization
- Mobilize crews and equipment to project site.
- Provide a final cleanup of the work areas.
- Demobilize from project site.

Column repair
- Remove delaminated and deteriorated portions of column.
- Prepare surface of concrete and exposed flange of steel beam for new repair material.
- Install headed anchor studs on flange of exposed beam at 2 feet on center.
- Install reinforcing steel in prepared area.
- Form area.
- Place repair material.
- Strip forms.

Joint Sealing
- Prepare sidewalls of construction joint to receive new sealant.
- Install new two component urethane sealant in prepared joint.

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement
108657415.6

Exhibit "A" Page 2

Apply urethane traffic coating to concrete deck
- Prepare deck surface to receive urethane coating
- Install a Heavy Duty Urethane Traffic coating on deck surface
- Restripe parking lines.

Urethane injection of joint of precast / cast in place wall joint
- Install injection ports to intersect joint between cast in place and precast portion of wall.
- Inject a urethane grout into joint
- Remove ports.
- Grout port holes.

Urethane injection of cracks in slab at corners of building
- Install injection ports to intersect joint between cast in place and precast portion of wall.
- Inject a urethane grout into joint
- Remove ports
- Grout port holes

Urethane injection of cracks in walls of parking structure
- Install injection ports to intersect joint between cast in place and precast portion of wall.
- Inject a urethane grout into joint.
- Remove ports.
- Grout port holes

Waterproof exterior foundation wall at corners   Note 1
- Remove security fence as required.
- Excavate soil to a depth of 12 feet.
- Prepare surface of wall for waterproofing.
- Install Bituthene waterproofing to prepared wall surface.
- Install termination bar at edge of waterproofing.
- Install 1/8" protection board over waterproofing.
- Replace fill.
- Reinstall security fence and landscaping.

Waterproof exterior foundation wall typical except at corners and South wall   Note 2
- Remove security fence as required.
- Excavate soil to a depth of 3 feet.
- Prepare surface of wall for waterproofing.
- Install Bituthene waterproofing to prepared wall surface.
- Install termination bar at edge of waterproofing.
- Install 1/8" protection board over waterproofing.
- Replace fill.

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement
108657415.6

Exhibit "A" Page 3

    o   Reinstall security fence and landscaping

Waterproof exterior foundation wall at South wall – Note 3
- o   Remove security fence as required
- o   Excavate soil to a depth of 4 feet
- o   Prepare surface of wall for waterproofing
- o   Install Bituthene waterproofing to prepared wall surface
- o   Install termination bar at edge of waterproofing
- o   Install 1-8" protection board over waterproofing
- o   Replace fill
- o   Reinstall security fence and landscaping

Concrete beam repairs
- Saw cut beam to delineate repair area
- Remove damaged and deteriorated concrete, estimated 4" depth
- Remove corrosion from reinforcing steel and prepare concrete surface for repair material
- Form repair area
- Place repair material in forms
- Allow repair material to cure
- Strip forms

Concrete wall repairs
- Saw cut wall to delineate repair area
- Remove damaged and deteriorated concrete, estimated 4" depth
- Remove corrosion from reinforcing steel and prepare concrete surface for repair material
- Form repair area
- Place repair material in forms
- Allow repair material to cure
- Strip forms

Install new area drains on P1 Level
- Locate post tension strands in area of new drains
- Core hole in slab
- Excavate concrete for new drain bowl
- Install new drain and grout in drain bowl
- Plumb drain to existing drain line

Remove planters on Street level
- Remove and dispose of existing planters on Street Level

Stair nosing repairs
- Remove concrete from damaged stair
- Remove existing stair pan and nosing

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement
108657415.6

Exhibit "A" Page 4

- Install new stair pan and nosing.
- Weld new pan to existing stringers and retaining pans.
- Place new concrete in stair tread.

Detention tank repairs
- Vacuum remaining water and debris from existing tanks.
- Remove damaged grout around discharge pipe.
- Install new grout around discharge pipe

Spillway removal and replacement
- Demo and remove existing tank, walls and floor of storm water discharge spillway at Northwest corner of property
- Form and install new tank, walls and floor of storm water discharge spillway.

Concrete repairs / replacement  sealer and drain under New York Chillers
- Repair spalling concrete topping
- Install new waterproofing membrane
- Locate post tension strands in area of new drain
- Core hole in slab
- Excavate concrete for new drain bowl.
- Install new drain and grout in drain bowl
- Plumb drain to existing drain line

Install new roof drain at ramp into parking structure
- Install new roof drain to collect water from ramp roof and discharge into existing plumbing.

Install drainage cricket in drain trough Level P1
- Remove debris from drain trough.
- Sand blast concrete in trough to prepare for overlay
- Install cementitious repair material in trough sloped to improve drainage to drains.

Investigation and miscellaneous repairs per LONCO report West face of building
- Set swing stage on West side of building.
- Make swing stage drops and perform miscellaneous sealant repairs and inspection on West elevation, 1 crew day per drop.
- Remove swing stage from building.

**Costs**

Work as outlined in Scope of Work will be performed at the following rates.

Mobilization
Lump sum                                              $7,175.00

Column repair
$189.00 / square foot estimated 598 square feet    $113,022.00

Joint Sealing
    Street level
        $5.70 / lineal foot estimated 520 lineal feet    $2,964.00
    P1 Level
        $5.70 / lineal foot estimated 625 lineal feet    $3,562.50

Apply urethane traffic coating to concrete deck
    Street level
        $6.40 / square foot estimated 51,755 square feet    $331,232.00
    P1 Level
        $6.40 / square foot estimated 66,705 square feet    $426,912.00

Urethane injection of joint at precast / cast in place wall joint
    $109.30 / lineal foot estimated 1,068 lineal feet    $116,732.40

Urethane injection of cracks in slab at corners of building
    $109.30 / lineal foot estimated 1,200 lineal feet    $131,160.00

Urethane injection of cracks in walls of parking structure
    $109.30 / lineal foot estimated 600 lineal feet    $65,580.00

Waterproof exterior foundation wall – Note 1
    $942.80 / lineal foot estimated 120 lineal feet    $113,136.00

Waterproof exterior foundation wall – Note 2
    $243.00 / lineal foot estimated 708 lineal feet    $172,044.00

Waterproof exterior foundation wall – Note 3
    $524.00 / lineal foot estimated 140 lineal feet    $73,360.00

Concrete beam repairs
    $335.00 / square foot estimated 11 square feet    $3,685.00

Concrete wall repairs
    $270.50 / square foot estimated 100 square feet    $27,050.00

Install new area drains on P1 Level
    $3,325.00 / each estimated 12 each    $39,900.00

Remove planters on Street level
    $2,180.00 / each estimated 16 each    $34,880.00

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement    Exhibit "A" Page 6
108657415.6

Stair nosing repairs
    $1,670.00 / each estimated 20 each                   $33,400.00

Detention tank repairs.
    Lump sum                               $8,325.00

Spillway removal and replacement
    Lump sum                              $42,325.00

Concrete repairs / replacement, sealer and drain under New York Chillers
    Allowance                             $50,000.00

Install new roof drain at ramp into parking structure
    Lump sum                              $2,875.00

Install drainage cricket in drain trough Level P1
    $35.25 / square foot estimated 800 square feet      $28,200.00

Investigation and miscellaneous repairs per LONCO report West face of building
    Allowance                             $42,500.00

**Conditions of Payment**

Invoices are due 30 days from the invoice date. A 1% discount is offered if payment is received within 15 days of the invoice date. All invoices over 30 days will be assessed a service charge of 1 ½% per month from the original invoice date.

**Conditions of Bid**

- Work will be performed during normal business hours, Monday through Friday 7 am to 3:30 pm.
- Testing is excluded from this proposal.
- All debris, material, and equipment will be satisfactorily removed from the site at the completion of the work.
- Certificates of insurance will be provided before the work is started.

Thank you for the opportunity to submit this proposal. Should you have any questions please feel free to call.

Sincerely;

Michael R. Wyman
Executive Vice President

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement          Exhibit "A" Page 7
108657415.6

**EXHIBIT "B"**

**MEA Consulting Engineers Report On Following Pages**



April 23, 2019

Stephen Lechner
Ogilvie Properties, Inc.
2601 Blake St, Suite 200
Denver, CO 80205

Re:     Stapleton Plaza Office Building
        19056 - Stapleton Plaza PCA, 3401 Quebec Street, Denver

Dear Stephen,

MEA Consulting Engineers, Inc. was retained by your firm to review the Mechanical, Electrical, Plumbing, Fire Alarm and Fire Sprinkler systems in the above reference office building. As part of our review I performed site observation visits on April 4 and 10, 2019. The following is a list of deficiencies I observed:

Mechanical
- The two boilers in the building are original and approximately 45 years old. One of the boilers has been retubed while the second boiler has had repairs. The expected useful life, EUL, of a boiler is 30 years. The boilers have exceeded their EUL and should be replaced.
- The heating hot water pump is original to the building and approximately 45 years old. There is a single pump for the system. If this pump should fail, the building is without heat until the pump is either repaired or replaced. The EUL of a base mounted pump is 20 years. The original base mounted heating water pump needs to be replaced and a 2nd redundant pump should be installed.
- The chilled water pumps appear to have been installed during the 1999 building renovation. There are two pumps for the system, piped in parallel, and operating in a lead/lag configuration. The EUL of a base mounted pump is 20 years. Both chilled water pumps should be scheduled for replacement.
- During the 1999 renovation, the heating piping system was replaced to the fan coil units on each floor. The piping system was designed to have a supply and return system; however, a single supply/return pipe was installed and the heating coils were piped in series. All of the piping has been revised with a reverse return system with the exception of the 8th floor SE section. The 8th floor SE hot water piping needs to be revised to have a reverse return.
- The building is supplied with air from two built-up air handling systems. Each air handling unit has a supply air fan and a building pressurization fan. The 10th floor supply fan, 10th floor exhaust fan, and lower level supply air fan have been retrofitted with variable frequency drives, VFD's. The lower level exhaust fan is

13771 East Rice Place  •  Aurora, Colorado 80015  •  Ph (720) 870-5630  •  Fax (720) 941-1311

Stapleton Plaza Office Building
April 23, 2019
Page 2

still utilizing inlet guide vanes. The lower level exhaust fan will need to be modernized and have the inlet guide vanes locked open and a new VFD added. The EUL of a VFD is 15 years. The estimated age of the existing VFD's is unknown but appears to have exceeded this age.

- The lower level air handling unit VFD's appear to have been installed during the 1999 renovation. The EUL of a VFD is 15 years. The lower air handling unit supply fan VFD needs to be replaced.

- The parking garage is two levels and designed to be ventilated with a garage exhaust fan and makeup air supply fan on each level. The garage supply fans are provided with hot water reheat coils. The garage ventilation system is inoperable and the hot water coils have frozen and cracked. Per International Mechanical Code (IMC) Section 404 requires parking garage ventilation which operates continuously or via a Carbon Monoxide (CO) control. The garage exhaust fans, supply fans and reheat coils all need to be replaced. A new CO control system needs to be installed with the new system.

- During the 1999 renovation, a new Trane Trace Building Automation System was installed to control the main HVAC equipment, with the exception of the newer York Air Cooled Chillers, as well as the fan coil units and VAV boxes on each level. The EUL of a BAS is 15 years. The BAS needs to be replaced and all mechanical equipment controls added to the system.

- The outside air and return air volumes are controlled by three banks of dampers per air handling unit. It has been reported and observed, that the damper banks are in poor condition and the dampers and actuators are failing. All of the damper banks need to be scheduled for replacement.

- It has been reported that the chilled water coils in the air handling units have frozen and have been repaired. It has also been reported that approximately 4800 gallons of chilled water was lost over the last year. The source of the leak(s) has not been able to be located. The chilled water coils in the air handling units need to be replaced and additional efforts should be made to locate any additional sources of leak(s).

- The building is equipped with three air cooled chillers. Two of the chillers feed the main building air conditioning systems while the third feeds supplemental system on the 2nd and 4th levels. The main chilled water system has been equipped with glycol to avoid freezing of the system; however, the supplemental chilled water system is pure water. The supplemental chilled water system should be equipped with a glycol feeder system to prevent freezing.

- It has been reported that the supplemental chiller is tripping during low load operating conditions. It was not clear if the chiller is tripping or the breaker feeding the chiller. The supplemental chiller tripping issues need to be investigated further and the operating issues corrected.

Plumbing

- The P2 level of the parking garage is equipped with two sump systems with dual pumps. The age of the pumps are unknown and it was reported that they

Stapleton Plaza Office Building
April 23, 2019
Page 3

haven't worked in years. The EUL of submersible pumps is 10 years. The two sets of sump pumps in garage need to be replaced.

- The P1 level drains water to the P2 level through area drains and vertical risers. The vertical cast iron risers are in deteriorating/failing condition and all need to be replaced. The drainage system needs to be cleaned out to insure proper flow to the sumps.
- The P2 level of the garage is equipped with a sewage ejector system. The age and operating condition of the pumps are unknown. The EUL of submersible pumps is 10 years. The sewage ejector pumps on P2 need to be replaced. The sewage tank needs to be properly sealed and vented.
- The building is equipped with two domestic water booster pumps that create a domestic water booster system. The system is inoperable and the age is unknown. The EUL of booster pumps is 15 years. The building is reporting that the city increased pressure and the domestic water booster system is no longer required. The City at any given time may reduce their systems pressure and it is recommended that the domestic water booster system be replaced.
- The main sewer riser in the building is reported to be in deteriorating condition, with some sections having been replaced due to failure. The riser needs to be replaced as need.

Electrical
- The National Electrical Code requires that all electrical gear be labeled with Arc Flash Potential Stickers. These sticker advices that the electrical system needs to be de-energized or proper Personal Protection Equipment is required before opening the systems. Arc flash labeling needs to be installed.
- The electrical gear should be thermal scanned on an annual basis to identify any hot spots or equipment issues. The most recent thermal scan was completed by Hot Shots as part of your due diligence process. The thermal scan should be part of your annual maintenance and repair budget.
- There is a 277/480V panel on each floor rated for 200 Amps. Each panel has a breaker serving a transformer. The transformer sizes differ per floor. It is assumed that the smaller transformers can be replaced with 30 KVA transformer to provide up to 83 Amps of 120/208V power for tenant use. There are three transformers to supply 120/208V power for the tenants. The first transformer is located on the P1 level and serves levels P2, P1, 1, and 2. The second transformer is located on the 5th floor which serves levels 3, 4, 5, and 6. The third transformer is located on the 9th floor which serves levels 7, 8, 9, and 10. The transformer provides approximately 312Amps of power. This allows approximately 78 Amps per floor. Between the two sets of transformers each floor is allowing approximately 161 Amps or 4 watts/ft.

Stapleton Plaza Office Building
April 23, 2019
Page 4

Fire

- The fire sprinkler system in the garage is a dry system. Several sections of piping were found to be in poor condition and need to be replaced. Approximately 100 feet of sprinkler piping in garage needs to be replaced.
- Add drum drains in garage dry system at low points. 3 needed.
- The fire alarm control panel appears to have been installed in 1999 during the renovation. The EUL of a fire alarm system is 15 years. The fire alarm system needs to be replaced.
- The building code requires visual and audible fire alarms. The building is equipped with minimal devices. At the time of the fire alarm control panel replacement, code required horn/strobes need to be installed.
- The National Fire Code and NFPA requires metal fire sprinkler systems to be internally inspected every 5-year fires. The last 5-year inspection date is unknown. The fire sprinkler contractor should complete a 5-year inspection.
- The fire sprinkler heads in the garage appear to be over 25 years old. NFC and NFPA required a 25-year test on 10% of the fire sprinkler heads be completed or all of the heads replaced. The 25-year testing should be completed.
- The floors of the building are not protected with a wet fire sprinkler system. Each floor is equipped with a fire valve cabinet for fire hose connection by the fire department. The highest floor in the building is over 75 feet above grade. The fire department could require the floors to be fire sprinklered in the future.

This report is based upon the documents provide to our firm for review. MEA Consulting Engineers, Inc. reserves the right to amend and modify this report as required as additional information becomes available.

If you should have any concerns or questions, please do not hesitate to contact me.

Sincerely,
**MEA Consulting Engineers, Inc.**
Michael E. Aitken, P.E. LEED AP O–M, CxA
CEO/Vice President

**TABLE 1**
**IMMEDIATE REPAIR AND DEFERRED MAINTENANCE EXPENDITURES**

18068                                                                                                           April 29, 2019

Property: Stapleton Plaza
3655 Quebec Street
Denver, CO

| ITEM | QUANTITY | UNITS | UNIT COST | IMMEDIATE COST | COMMENTS |
|---|---|---|---|---|---|
| Replace Boilers | 4,594 | MBH | $45 | $247,640 | Replace the two existing boilers. Boiler have exceeded their EUL. |
| Replace Hot Water Pump | | | | | |
| | 1 | LS | $6,000 | $6,000 | Replace the existing hot water recirculation pump. Pump has exceeded its EUL. |
| Install 2nd Hot Water Pump | 1 | LS | $9,000 | $9,000 | Add a redundant hot water pump into the system |
| Replace Chilled Water Pumps | | | | | Replace the existing chilled water pumps with new. Pumps have exceeded their EUL. |
| | 2 | EA | $8,000 | $16,000 | |
| Replace 6th Floor Hot Water Piping | 1 | LS | $6,000 | $6,000 | The 6th floor hot water piping needs to be revised to have a reverse return. |
| Install Lower Building Exhaust Fan, VFD | 1 | LS | $24,000 | $24,000 | The lower building exhaust fan will need to have a VFD installed on it. |
| Replace Lower Supply Fan VFD | 1 | LS | $12,000 | $12,000 | The existing lower building supply fan VFD will need to be replaced. |
| Replace Damper Parts and Rebuild Coils | 4 | EA | $69,000 | $276,000 | The garage fans are inoperable. Replace the supply and exhaust fans in the garage along with the rebuild coils. Add a DDC control system. |
| Replace DDC Controls | 1 | LS | $70,994 | $70,994 | The existing DDC controls will need to be replaced and have a mechanical equipment controls added to it. |
| Replace Chilled Water Coils in Air Handling Units | 2 | EA | $36,000 | $70,000 | Replace the existing chilled water coils in the air handling units and investigate any additional pipe sizes. |
| Replace outside air and return air dampers | | | | | The outside air and return air sources are controlled by three banks of dampers per air handling unit. It has been reported and observed that the damper banks are in poor condition and the dampers and actuators are failing. All of the damper banks need to be scheduled for replacement. |
| | 1 | LS | $33,000 | $33,000 | |
| Add Glycol to Secondary Chilled water | 1 | LS | $7,500 | $7,500 | Add glycol system to the secondary chilled water system. |
| Investigate Chiller Tripping Issues | 1 | EA | $2,500 | $2,500 | Investigate supplemental chiller tripping issues. |
| Replace Sump Pumps | | | | | The existing sump pumps in the garage will need to be replaced. They have been reported to not be operational. |
| | 4 | EA | $6,000 | $24,000 | |
| Replace Sewage Drain Piping | | | | | Replace drain piping from P1 garage to P2 garage. Clean drains and make operational. |
| | 1 | LS | $9,647 | $9,647 | |
| Clean Drain Piping in Garage | 1 | EA | $6,000 | $6,000 | Make operational - 3 drains in the P1 and P2 garage. |
| Replace Sewage Ejector Pumps | | | | | The existing sewage ejector pumps will need to be replaced. The pumps have exceeded their EUL. |
| | 2 | EA | $6,000 | $12,000 | |
| Replace Domestic Water Booster Pump | | | | | The existing domestic water booster pumps are not operational and will need to be replaced. |
| | 2 | EA | $8,000 | $16,000 | |
| Replace Main Sewer Riser in Building | 140 | feet | $600 | $84,000 | The main sewer riser in the building is deteriorating and will need to be replaced as needed. This number includes $20,000 in drywall repair. |
| Arc Flash Labeling | 1 | LS | $6,000 | $6,000 | The NEC requires that all electrical gear be labeled with Arc Flash Potential these labels will need to be added. |
| Thermoscan electrical gear | 1 | LS | $2,000 | $2,000 | Yearly Thermoscans will need to be completed. This will need to be budgeted annually. |
| Repair items found with thermal scan | 1 | LS | $3,500 | $3,500 | Repair any items that were found during the recent thermal scan completed by our scope. |
| Replace Fire Alarm System | 34,618 | SF | $1 | $136,534 | The fire alarm control panel was installed in 1999 and has exceeded its EUL and will need to be replaced. |
| Insert Horns and Strobes | 10 | Floors | $6,000 | $60,000 | Add ADA compliant horns and strobes to the fire alarm system. |
| Replace 100 Feet of Piping in Garage | 100 | LF | $325 | $32,500 | 100 feet of one of the fire sprinkler piping in the parking garage is in poor condition and will need to be replaced. |
| 5 Year Fire Sprinkler | 1 | LS | $2,500 | $2,500 | The five year fire sprinkler test will need to be completed. It was unknown when the last test was performed. |
| 25 Year Test on Sprinkler Heads | 1 | LS | $1,600 | $1,600 | The 25 year fire sprinkler test will need to be completed. |
| Add Drum Drains in Garage | 3 | EA | $1,500 | $4,500 | Add drum drains in garage. Any system at low points, three are needed. |

| TOTAL ESTIMATED COST | | | | $1,200,469 | |

Table 1                                          MEA Consulting Engineers Inc. Confidential                                          Page

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement                    Exhibit "B" Page 6
108657415.6



1.  Electric Fan Coil Unit

2.  Cabinet Unit Heater at Garage P1

3.  Garage Supply Fan Hot Water Coil Frozen with
    Evidence of Breakage

4.  Garage Supply Fan

5.  Garage Supply Heat Piping and Pump    Appears
    Original to Building

6.  Non operational Garage Exhaust

| PHOTO DOCUMENTATION | | MEA Consulting Engineers, Inc. |
|---|---|---|
| Job name: Stapleton Plaza | | |
| Address: 3401 Quebec St.<br>Denver, CO  80207 | | Project No: 19056 |



7. Typical Air Handling Unit Supply Air Fan   8. Supply Fan VFD

9. Outdated Pneumatic Controls   10. Garage Louvers

11. Boilers have exceeded their EUL   12. Boiler Pump has exceeded its EUL

| PHOTO DOCUMENTATION | | MEA Consulting Engineers, Inc. |
|---|---|---|
| Job name: Stapleton Plaza | | |
| Address: 3401 Quebec St.<br>Denver, CO 80207 | | Project No: 19056 |



13. Temperature Control Compressor has exceeded its EUL

14. Chiller Pump has exceeded its EUL





15. Trane Controls System has exceeded its EUL

16. Typical Temperature Sensor





17. Typical Air Cooled Chiller

18. Damaged Chilled Piping Shroud

| PHOTO DOCUMENTATION | | |
|---|---|---|
| Job name: Stapleton Plaza | | **MEA** Consulting Engineers, Inc. |
| Address: 3401 Quebec St. Denver, CO 80207 | | Project No: 19056 |



19. Boiler Flues with Significant Corrosion

20. 19th Floor Air Handling Unit

21. Typical Fan Powered Box with Hot Water Coil

22. Hot Water Piping with Corrosion around Fittings

23. Typical Electric Water Cooler

24. Typical Men's Restroom Lavatory

| PHOTO DOCUMENTATION | | **MEA** Consulting Engineers, Inc. |
|---|---|---|
| Job name: Stapleton Plaza | | |
| Address: 3401 Quebec St. Denver, CO 80207 | | Project No: 19056 |

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement
108657415.6

Exhibit "B" Page 10



25. Typical Urinal

26. Typical Water Closet

27. Domestic Water Backflow Preventer

28. Parking Level 1 storm from detention tank; pipe from sump disconnected

29. Parking Level 2 Storm Pipe from Parking Level 1 Damaged

30. Parking Level 2 Sump Not Operational

| PHOTO DOCUMENTATION | | **MEA** |
|---|---|---|
| Job name: Stapleton Plaza | | |
| Address: 3401 Quebec St. Denver, CO 80207 | | Project No: 19056 |

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement
108657415.6

Exhibit "B" Page 11



31. Parking Level 1 to Parking Level 2 Drains Missing    32. Parking Level 2 Sewage Ejector not Sealed



33. Boiler Room Eye Wash Station    34. Domestic Water Booster Pump Not Operational

35. Electric Water Heater    36. Domestic Hot Water Recirculation Pump

| PHOTO DOCUMENTATION | | **MEA** Consulting Engineers, Inc. |
|---|---|---|
| Job name: Stapleton Plaza | | |
| Address: 3401 Quebec St. Denver, CO 80207 | | Project No: 19056 |

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement
108657415.6

Exhibit "B" Page 12



37. Domestic Hot Water Storage Tank

38. Domestic Hot Water Heat Exchanger from Boiler

39. Typical Roof Drains

40. 10th Floor Janitor's Closet, Mop Sink Next to Transformer

41. Pole Light, dirty lenses

42. Main Electrical Switchgear

| PHOTO DOCUMENTATION | | MEA Consulting Engineers, Inc. |
|---|---|---|
| Job name: Stapleton Plaza | | |
| Address: 3401 Quebec St. Denver, CO 80207 | | Project No: 19056 |

Hotel Owner's Consent and Approval to Work and Payment
Under Amended and Restated Reciprocal Easement Agreement
108657415.6

Exhibit "B" Page 13



| PHOTO DOCUMENTATION | | MEA Consulting Engineers, Inc. |
|---|---|---|
| Job name:  Stapleton Plaza | | |
| Address:  3401 Quebec St.<br>Denver, CO  80207 | | Project No: 19056 |

Hotel Owner's Consent and Approval to Work and Payment<br>Under Amended and Restated Reciprocal Easement Agreement<br>108657415.6

Exhibit "B" Page 14



49. Fire Sprinkler Main 6"

50. Pipe Deterioration in Garage

51. Fire Pump

52. Spare Fire Sprinklers

53. Fire Alarm Control Panel

54. Fire Department Connection on Roof

| PHOTO DOCUMENTATION | | **MEA** consultations in. |
| --- | --- | --- |
| Job name: Stapleton Plaza | | |
| Address: 3401 Quebec St.<br>Denver, CO 80207 | | Project No: 19056 |



55. Leak into Natural Gas Line Causing Corrosion          56.

57.          58.

59.          60.

| PHOTO DOCUMENTATION | | **MEA** |
| Job name: Stapleton Plaza | | |
| Address: 3401 Quebec St.<br>Denver, CO 80207 | | Project No: 19056 |

## EXHIBIT "C"

## Summary of Garage Repair Estimate

Items From MEA Report (Garage Related)

| | |
|---|---|
| Install lower building exhaust fan VFD | $ 24,000.00 |
| Replace lower supply fan VFD | $ 12,000.00 |
| Replace Garage Fans and reheat coils | $ 276,000.00 |
| Replace Sump Pumps | $ 24,000.00 |
| Replace Sewage Drain Piping | $ 5,687.00 |
| Clean Drain Piping in Garage | $ 7,500.00 |
| Replace 100 Feet of Piping in Garage | $ 32,000.00 |
| Add Drum Drains in Garage | $ 4,500.00 |
| | |
| Costs from MEA Report Toward Garage | $ 385,687.00 |
| | |
| Costs from Restruction Report | $ 1,870,020.00 |
| | |
| Total | $ 2,255,707.00 |