# E<small>XHIBIT</small> C

12/10/2020 12:31 PM     R $18.00     D $0.00
City & County of Denver     L
Electronically Recorded

After recording, return to:
C. Abrahams
Sweetbaum Sands Anderson PC
1125 17th Street, Suite 2100
Denver, CO 80202

# NOTICE OF LIEN

    Pursuant to the Amended and Restated Reciprocal Easement Agreement dated November 10, 2016 and recorded in the real property records in the Office of the Clerk and Recorder of the City and County of Denver (the "County Records") on November 15, 2016 at Reception No. 2016159836 (the "REA"), and that certain Agreement for Hotel Owner's Consent and Approval to Work and Payment Under Amended and Restated Reciprocal Easement Agreement supplementing the REA dated July 31, 2019 (the "Supplemental Agreement"),

    NOTICE IS HEREBY GIVEN that there exists a lien against the real property described below (the "Real Property") together with (1) any rents derived therefrom, and (2) any insurance proceeds paid to and received by, or payable to, the owner of the Real Property, and (3) any condemnation award paid to and received by, or payable to the owner of the Real Property, for unpaid amounts owing to the lien claimant identified below, together with interest, costs of collection and other amounts, costs and expenses as may be permitted.

| Real Property: | Lot 11, except the North 10.2 feet thereof, and Lots 12 through 37, inclusive, and Lot 38, except the North 10.2 feet thereof, Block 9, ELMWOOD PLACE, together with the alley in said Block 9, adjacent to said lots, vacated by Ordinance No. 319, Series of 1973, recorded June 15, 1973, in Book 713 at Page 509, City and County of Denver, State of Colorado.<br><br>commonly known as HOLIDAY INN DENVER EAST STAPLETON, 3333 Quebec Street, Denver, CO, 80207<br>Assessor Schedule No.: 01291-01-021-000. |
|---|---|
| Name and Address of Owner or Purported Owner: | UCHIDH, LLC, a Delaware limited liability company<br>c/o Urban Commons<br>10250 Constellation Blvd., #1750<br>Los Angeles, CA 90067 |
| Principal Amount Billed and Unpaid as of December 10, 2020 for Garage Repairs: | $168,122.68 |
| Name and Address of Lien Claimant: | Q 34, LLC f/k/a Stapleton 3401, LLC<br>c/o Ogilvie Properties, Inc.<br>2601 Blake Street, Suite 200<br>Denver, CO 80205 |

Pursuant to the provisions of the REA, Supplemental Agreement and all applicable laws, the amount secured by this Notice of Lien includes interest, fees, costs and expenses, including attorneys' fees, which may arise, and shall be burdens running with and a lien upon the Real Property consistent with applicable laws.

Effective Date: December 10, 2020.

Q34, LLC, a Colorado limited liability company
f/k/a STAPLETON 3401, LLC

By: Ogilvie Properties, Inc, its Manager

By: _____
Stuart C. Ogilvie, President

State of Colorado  }
                   } ss
County of Denver   }

The foregoing instrument was acknowledged before me this 2nd day of December, 2020 by Stuart C. Ogilvie, as President of Ogilvie Properties, Inc., as Manager of Q34, LLC, a Colorado limited liability company f/k/a Stapleton 3401, LLC.

Witness my hand and seal.

My commission expires:

Notary Public
Marla D. Mabin

MARLA D MABIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194022884
My Commission Expires June 17, 2023

Page 2 of 2

01/06/2021 03:40 PM     R $18.00     D $0.00
City & County of Denver     L
Electronically Recorded

After recording, return to:
C. Abrahams
Sweetbaum Sands Anderson PC
1125 17th Street, Suite 2100
Denver, CO 80202

# NOTICE OF LIEN

Pursuant to the Amended and Restated Reciprocal Easement Agreement dated November 10, 2016 and recorded in the real property records in the Office of the Clerk and Recorder of the City and County of Denver (the "County Records") on November 15, 2016 at Reception No. 2016159836 (the "REA"), and that certain Agreement for Hotel Owner's Consent and Approval to Work and Payment Under Amended and Restated Reciprocal Easement Agreement supplementing the REA dated July 31, 2019 (the "Supplemental Agreement"),

NOTICE IS HEREBY GIVEN that there exists a lien against the real property described below (the "Real Property") together with (1) any rents derived therefrom, and (2) any insurance proceeds paid to and received by, or payable to, the owner of the Real Property, and (3) any condemnation award paid to and received by, or payable to the owner of the Real Property, for unpaid amounts owing to the lien claimant identified below, together with interest, costs of collection and other amounts, costs and expenses as may be permitted.

| Real Property: | Lot 11, except the North 10.2 feet thereof, and Lots 12 through 37, inclusive, and Lot 38, except the North 10.2 feet thereof, Block 9, ELMWOOD PLACE, together with the alley in said Block 9, adjacent to said lots, vacated by Ordinance No. 319, Series of 1973, recorded June 15, 1973, in Book 713 at Page 509, City and County of Denver, State of Colorado.<br><br>commonly known as HOLIDAY INN DENVER EAST STAPLETON, 3333 Quebec Street, Denver, CO, 80207 Assessor Schedule No.: 01291-01-021-000. |
|---|---|
| Name and Address of Owner or Purported Owner: | UCHIDH, LLC, a Delaware limited liability company<br>c/o Urban Commons<br>10250 Constellation Blvd., #1750<br>Los Angeles, CA 90067 |
| Principal Amount Billed and Unpaid for Garage Repairs: | As of January 6, 2021: $284,452.20<br>(includes principal amount of $168,122.57 evidenced by prior Lien Notice as of December 10, 2020) |
| Name and Address of Lien Claimant: | Q 34, LLC f/k/a Stapleton 3401, LLC<br>c/o Ogilvie Properties, Inc.<br>2601 Blake Street, Suite 200<br>Denver, CO 80205 |

Pursuant to the provisions of the REA, Supplemental Agreement and all applicable laws, the amount secured by this Notice of Lien includes interest, fees, costs and expenses, including attorneys' fees, which may arise, and shall be burdens running with and a lien upon the Real Property consistent with applicable laws.

Effective Date: January 6, 2021

Q34, LLC, a Colorado limited liability company
f/k/a STAPLETON 3401, LLC

   By: Ogilvie Properties, Inc, its Manager

   By: _____
       Stuart C. Ogilvie, President

State of Colorado   }
                    } ss
County of Denver    }

The foregoing instrument was acknowledged before me this 6th day of January, 2021 by Stuart C. Ogilvie, as President of Ogilvie Properties, Inc., as Manager of Q34, LLC, a Colorado limited liability company f/k/a Stapleton 3401, LLC.

Witness my hand and seal.

My commission expires: 5/13/21          _____
                                        Notary Public

> MICHELLE R. MUELLER
> Notary Public
> State of Colorado
> Notary ID # 19964001567
> My Commission Expires 05-13-2021