## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the 4th day of February 2021, a copy of the *Objection of Q34, LLC f/k/a Stapleton 3401, LLC to the Entry of a Final Order Authorizing Debtors to Obtain Postpetition Financing* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the following parties via Electronic Mail.

Alan Tantleff, CRO
The Eagle Hospitality Group
3 Times Square, 9th Floor
New York, NY 10036
alan.tantleff@fticonsulting.com

Luc A. Despins, Esq.
G. Alexander Bongartz, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
lucdespins@paulhastings.com
alexbongartz@paulhastings.com

G. David Dean, Esq.,
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
ddean@coleschotz.com

Tom Fileti, Esq.
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
tfileti@mofo.com

Jennifer Feldsher, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
jennifer.feldsher@morganlewis.com

Gabriel Morgan, Esq.
Chase A. Bentley, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
gabriel.morgan@weil.com
chase.bentley@weil.com

Richard L. Schepacarter, Esq.
The Office of The United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Richard.Schepacarter@usdoj.gov


February 4, 2021                                        */s/ William A. Hazeltine*
Date                                                            William A. Hazeltine