To: The Honorable Judge Christopher S. Sontchi

Re: EHT US1, Inc. and Omnibus Objection to Claims related to Master Lessees.

Re: Case No. 21-10036-CSS

FILED

2021 SEP 14  PM 2: 31

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My name is Howard Wu, and I was the Principal for the various claimants. I have tried diligently to retain new counsel to file a timely response to all pending claims objections that relate to the claimant including the omnibus objection. We have selected and come to terms with the new counsel, however, we have been unable to fully onboard the new counsel within the time given.

The response to the omnibus objection is tedious and likely to request more time beyond the 14th of September given the complexity of the matters. With my personal assets frozen and limited access to any liquidity, I have been forced to seek funds from third parties in the form of loans. I have been unable to complete the loan process to provide the retainers being requested at this time, however, I will have enough fund to complete retaining new counsel within the next thirty days.

These claims are critical and valid. I respectfully ask the court to continue the hearing currently set (for all pending claims objections) for September 30, 2021, to October 29, 2021, and to allow a reply to the omnibus opposition be filed by October 15, 2021. This request will not prejudice the Debtor in any way, however, the ability for the claimant to property address the objection by and through counsel will be devastating if denied.

I humbly request that the court consider the equitable result in this request and grant it.

Thank you,

*[signature]*

Howard Wu