# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| EHT US1, INC., et al.[1], | ) |
| | ) Case No. 21-10036 (CSS) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

## NOTICE OF APPEAL

**Howard Wu, Taylor Woods, EHT CPDCT, LLC, EHT ESAN, LLC, EHT ESPD, LLC, EHT FPSJ, LLC, EHT HIA, LLC, EHT HIDH, LLC, EHT HISM, LLC, EHT HIOR, LLC, EHT QMLB, LLC, EHT RDH, LLC, EHT SPH, LLC, EHT WSAC, LLC, EHT RWH, LLC, EHT HAN, LLC, EHT DHSLC, LLC, EHT HHG, LLC, EHT CPDGA, LLC, and EHT SDTC, LLC** hereby give notice in the above-captioned Chapter 11 Bankruptcy Case No. 21-10036 (CSS) (Jointly Administered) of their appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. §158(a).

**Howard Wu, Taylor Woods, EHT CPDCT, LLC, EHT ESAN, LLC, EHT ESPD, LLC, EHT FPSJ, LLC, EHT HIA, LLC, EHT HIDH, LLC, EHT HISM, LLC, EHT HIOR, LLC, EHT QMLB, LLC, EHT RDH, LLC, EHT SPH, LLC, EHT WSAC, LLC, EHT RWH, LLC, EHT HAN, LLC, EHT DHSLC, LLC, EHT HHG, LLC, EHT CPDGA,**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: EHT US1, Inc.(6703); 5151 Wiley Post Way, Salt Lake City, LLC (1455); ASAP Cayman Atlanta Hotel LLC (2088); ASAP Cayman Denver Tech LLC (7531); ASAP Cayman Salt Lake City Hotel LLC (7546); ASAP Salt Lake City Hotel, LLC (7146); Atlanta Hotel Holdings, LLC (6450); CI Hospitality Investment, LLC (7641); Eagle Hospitality Trust S1 Pte Ltd. (7669); Eagle Hospitality Trust S2 Pte Ltd. (7657); EHT Cayman Corp. Ltd. (7656); Sky Harbor Atlanta Northeast, LLC (6450); Sky Harbor Denver Holdco, LLC (6650); Sky Harbor Denver Tech Center, LLC (8303); UCCONT1, LLC (0463); UCF 1, LLC (6406); UCRDH, LLC (2279); UCHIDH, LLC (6497); Urban Commons 4th Street A, LLC (1768); Urban Commons Anaheim HI, LLC (3292); Urban Commons Bayshore A, LLC (2422); Urban Commons Cordova A, LLC (4152); Urban Commons Danbury A, LLC (4388); Urban Commons Highway 111 A, LLC (4497); Urban Commons Queensway, LLC (6882); Urban Commons Riverside Blvd., A, LLC (4661); and USHIL Holdco Member, LLC (4796). The Debtors' mailing address is 3 Times Square, 9th Floor New York, NY 10036 c/o Alan Tantleff (solely for purposes of notices and communications).

**LLC, and EHT SDTC, LLC** appeal from: 1) the "**ORDER GRANTING DEBTORS THIRD OMNIBUS OBJECTION (SUBSTANTIVE) TO PROOFS OF CLAIMS FILED BY MASTER LESSEES PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007**" (**Docket No. 1176**), entered on September 18, 2021.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**PARTIES**:

**APPELLANTS:**

Howard Wu
Taylor Woods
EHT CPDCT, LLC
EHT ESAN, LLC
EHT ESPD, LLC
EHT FPSJ, LLC
EHT HIA, LLC
EHT HIDH, LLC
EHT HISM, LLC
EHT HIOR, LLC
EHT QMLB, LLC
EHT RDH, LLC
EHT SPH, LLC
EHT WSAC, LLC
EHT RWH, LLC
EHT HAN, LLC
EHT DHSLC, LLC
EHT HHG, LLC
EHT CPDGA, LLC
EHT SDTC, LLC

**APPELLEES:**

Debtors, EHT US1, INC., et al.

**ATTORNEYS:**

| | |
|---|---|
| Brian A. Sullivan, Esq.<br>**WERB & SULLIVAN**<br>1225 North King Street, Suite 600<br>Wilmington, DE  19801<br>Telephone: (302) 652-1100<br>E-mail: bsullivan@werbsullivan.com<br>*Attorneys for Appellants,*<br>*Howard Wu, et al.* | Luc A. Despins, Esq.<br>G. Alexander Bongartz, Esq.<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Tel.: (212) 318-6000<br>Fax: (212) 319-4090<br>*Attorneys for Appellees*<br>*Debtors, et al.* |
| | Seth Van Aalten, Esq.<br>G. David Dean, Esq.<br>Justin R. Alberto, Esq.<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel: (302) 652-3131<br>Fax: (302) 652-3117<br>*Attorneys for Appellees*<br>*Debtors, et al.* |

| | |
|---|---|
| **Dated: October 1, 2021** | Respectfully submitted,<br><br>**WERB & SULLIVAN**<br><br>/s/ Brian A. Sullivan<br>**Brian A. Sullivan (No. 2098)**<br>1225 North King Street, Suite 600<br>Wilmington, DE  19801<br>Telephone: (302) 652-1100<br>Telecopier: (302) 652-1111<br>E-mail: bsullivan@werbsullivan.com<br>*Attorneys for Appellants,*<br>*Howard Wu, et al.* |