# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x

In re:                                              :     Chapter 11
                                                    :
EHT US1, Inc., *et al.*,                            :     Case No. 21-10036 (CSS)
                                                    :
            Debtors.[1]                             :
---------------------------------------------------------x     (Jointly Administered)

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that, the above above-captioned debtors and debtors-in-

possession (the "<u>Debtors</u>"), through their undersigned counsel, served the following via

electronic mail on October 27, 2021, to the below counsel for Interstate Management Company,

LLC and Evolution Hospitality, LLC:

- *Debtors' Interrogatories to Evolution Hospitality, LLC and Interstate Management Company, LLC*
- *Debtors' First Set of Requests for Admission to Evolution Hospitality, LLC and Interstate Management Company, LLC*
- *Debtors' First Request for Production of Documents to Evolution Hospitality, LLC and Interstate Management Company, LLC*

<u>Counsel to Evolution Hospitality, LLC and Interstate Management Company, LLC</u>

Thomas M. Horan (thoran@cozen.com)        Steven E. Abelman (sabelman@bhfs.com)
Cozen O'Connor                            Philip A. Gosch (pgosch@bhfs.com)
1201 N. Market St., Suite 1001            Brownstein Hyatt Farber Schreck, LLP
Wilmington, DE 19801                      410 Seventeenth Street, Suite 2200
                                          Denver, CO 80202-4432

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: EHT US1, Inc.(6703); 5151 Wiley Post Way, Salt Lake City, LLC (1455); ASAP Cayman Atlanta Hotel LLC (2088); ASAP Cayman Denver Tech LLC (7531); ASAP Cayman Salt Lake City Hotel LLC (7546); ASAP Salt Lake City Hotel, LLC (7146); Atlanta Hotel Holdings, LLC (6450); CI Hospitality Investment, LLC (7641); Eagle Hospitality Real Estate Investment Trust (7734); Eagle Hospitality Trust S1 Pte. Ltd. (7669); Eagle Hospitality Trust S2 Pte. Ltd. (7657); EHT Cayman Corp. Ltd. (7656); Sky Harbor Atlanta Northeast, LLC (6846); Sky Harbor Denver Holdco, LLC (6650); Sky Harbor Denver Tech Center, LLC (8303); UCCONT1, LLC (0463); UCF 1, LLC (6406); UCRDH, LLC (2279); UCHIDH, LLC (6497); Urban Commons 4th Street A, LLC (1768); Urban Commons Anaheim HI, LLC (9915); Urban Commons Bayshore A, LLC (2422); Urban Commons Cordova A, LLC (4152); Urban Commons Danbury A, LLC (4388); Urban Commons Highway 111 A, LLC (4497); Urban Commons Queensway, LLC (6882); Urban Commons Riverside Blvd., A, LLC (4661); and USHIL Holdco Member, LLC (4796). The Debtors' mailing address is 3 Times Square, 9th Floor New York, NY 10036 c/o Alan Tantleff (solely for purposes of notices and communications).

62156/0001-41860273v1

Dated:  October 28, 2021
   Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ G. David Dean*
Seth Van Aalten (admitted *pro hac vice*)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 574-2103
Email:  svanaalten@coleschotz.com
   ddean@coleschotz.com

- and -

**PAUL HASTINGS LLP**

Luc A. Despins, Esq. (admitted *pro hac vice*)
Nicholas A. Bassett, Esq. (admitted *pro hac vice*)
G. Alexander Bongartz, Esq. (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
   nicholasbassett@paulhastings.com
   alexbongartz@paulhastings.com

*Counsel to Debtors and Debtors in Possession*