## EXHIBIT A

## PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x

                       :

In re:                   :   Chapter 11

                       :

EHT US1, Inc., *et al.,*      :   Case No. 21-10036 (CSS)

                       :

                       :   (Jointly Administered)

           Debtors.[1]    :

                       :   **Re: Docket No. ___**

------------------------------------------------------------- x

### ORDER GRANTING DEBTORS' SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) WITH RESPECT TO CERTAIN WRONG DEBTOR CLAIMS

Upon consideration of the *Debtors' Sixth Omnibus Objection (Non-Substantive) with Respect to Certain Wrong Debtor Claims* (the "Objection")[2] and the Foster Declaration; and this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of these chapter 11 cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: EHT US1, Inc.(6703); 5151 Wiley Post Way, Salt Lake City, LLC (1455); ASAP Cayman Atlanta Hotel LLC (2088); ASAP Cayman Denver Tech LLC (7531); ASAP Cayman Salt Lake City Hotel LLC (7546); ASAP Salt Lake City Hotel, LLC (7146); Atlanta Hotel Holdings, LLC (6450); CI Hospitality Investment, LLC (7641); Eagle Hospitality Real Estate Investment Trust (7734); Eagle Hospitality Trust S1 Pte. Ltd. (7669); Eagle Hospitality Trust S2 Pte. Ltd. (7657); EHT Cayman Corp. Ltd. (7656); Sky Harbor Atlanta Northeast, LLC (6846); Sky Harbor Denver Holdco, LLC (6650); Sky Harbor Denver Tech Center, LLC (8303); UCCONT1, LLC (0463); UCF 1, LLC (6406); UCRDH, LLC (2279); UCHIDH, LLC (6497); Urban Commons 4th Street A, LLC (1768); Urban Commons Anaheim HI, LLC (9915); Urban Commons Bayshore A, LLC (2422); Urban Commons Cordova A, LLC (4152); Urban Commons Danbury A, LLC (4388); Urban Commons Highway 111 A, LLC (4497); Urban Commons Queensway, LLC (6882); Urban Commons Riverside Blvd., A, LLC (4661); and USHIL Holdco Member, LLC (4796). The Debtors' mailing address is 1166 Avenue of the Americas, 15th Floor, New York, NY 10036 c/o Alan Tantleff (solely for purposes of notices and communications).

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

creditors and other parties in interest; and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT**:

1.       The Objection is GRANTED.

2.       Each of the claims on **Exhibit 1** attached to this Order is hereby reassigned to the Debtors appearing in the "Modified Debtor" column of **Exhibit 1** to the Proposed Order.

3.       Nothing in this Order shall be construed to prejudice the rights of the Debtors, or any other party in interest, to object to any of the Wrong Debtor Claims on **Exhibit 1** on any other grounds.

4.       The objection to each Wrong Debtor Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each Wrong Debtor Claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.       Nothing contained in the Objection or this Order is intended to be or shall be deemed as (i) an admission as to the validity of any claim against the Debtors or their estates, (ii) waiver of rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of rights under Bankruptcy Code or any applicable non-bankruptcy law, (iv) an agreement or obligation to pay any claims, or (v) a waiver of any claims or causes of action which may exists against any creditor or interest holder.

6.      Nothing contained in the Objection or this Order waives the Debtors' rights (or any other party in interest's right) to further object to the Wrong Debtor Claims (on a non-substantive or substantive basis) listed on **Exhibit 1** hereto as permitted by the Bankruptcy Rules, Local Rules, including, without limitation, (i) to object to such claims on the basis that they are not properly asserted, (ii) to object to such claims on the basis of a lack of privity, or (iii) to object to amended and newly-filed claims, and such rights are preserved.

7.      The Debtors' rights to amend, modify, or supplement the Objection, and the Debtors' estates' right to file additional objections to the Wrong Debtor Claims, and any other claims (filed or not) which have or may be asserted against the Debtors or their estates, and to seek further reduction of any of the Wrong Debtor Claims, are preserved.  Additionally, should the grounds of objection stated in the Objection be dismissed, the Debtors' rights to object on other stated grounds or any other grounds that the Debtors discover during the pendency of these cases are further preserved.

8.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

## EXHIBIT 1

**Wrong Debtor Claims**

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Adrenaline Entertainment Adrenaline Ent 1999 Hilda Burns Pl Lithonia, GA 30058 | 753 | $ 1,000.00 | General Unsecured | Atlanta Hotel Holdings LLC | Sky Harbor Atlanta Northeast, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Advanced Resourcing LLC Nasser Aburish 9112 Boyce Ave Orlando, FL 32824 | 76 | $ 188,964.86 | General Unsecured | EHT US1, INC. | UCCONT1, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Advantage Leasing Corp Dawn Sino 13400 Bishops Ln Ste 280 Brookfield, WI 53005 | 689 | $ 7,265.52 | General Unsecured | EHT US1, INC. | Urban Commons Danbury A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Aeroscape Inc Aka Aeroscape Park City LLC Chadwick Spencer 8488 S State St Midvale, UT 84047 | 158 | $ 4,429.00 | General Unsecured | EHT US1, INC. | 5151 Wiley Post Way Salt Lake City LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Airgas USA LLC 6055 Rockside Woods Blvd Independence, OH 44131 | 146 | $ 1,498.15 | General Unsecured | EHT US1, INC. | Urban Commons Danbury A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Airgas USA LLC Rikki Dixon 110 West 7Th St Ste 1300 Tulsa, OK 74119 | 178 | $ 981.33 | General Unsecured | EHT US1, INC. | UCRDH, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Alexandria Esquibel 2390 Meadow Glen Dr La Verne, CA 91750 | 247 | $ 6,924.30 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |

1

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Altamira Inc<br>Bruce Schrutt<br>6300 E 39Th Ave<br>Denver, CO 80208 | 538 | $ 3,929.40 | General Unsecured | Sky Harbor Denver Holdco, LLC | UCRDH, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Aquila Svcs Corp Dba Denver Metro Protective Services<br>2121 S Blackhawk St Ste 230<br>Aurora, CO 80014 | 22 | $ 11,186.01 | Priority | EHT US1, INC. | UCRDH, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Bar None Group Inc<br>Pacific Coast Entertainment<br>Brandon Domercq<br>7601 Woodwind Dr<br>Huntington Beach, CA 92647 | 24 | $ 2,023.94 | General Unsecured | Eagle Hospitality Trust S1 PTE. Ltd. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Baycap LLC<br>Todd Coordt<br>250 N Harbor Dr<br>Ste 313<br>Redondo Beach, CA 90277 | 227 | Secured: $ 9,247.50<br>General Unsecured: $ 247.50 | Secured and General Unsecured | EHT US1, INC. | UCRDH, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Big Studio Inc<br>Carol Kron<br>1247 East Hill St<br>Signal Hill, CA 90755 | 8 | $ 8,269.99 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Blackhawk Protection<br>Joseph Ganino Jr<br>30141 Antelope Rd Ste D786<br>Menifee, CA 92584 | 99 | $ 288,870.20 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Blackhawk Protection<br>Joseph Ganino Jr<br>30141 Antelope Rd Ste D786<br>Menifee, CA 92584 | 99 | $ 13,621.44 | General Unsecured | EHT US1, INC. | Urban Commons Cordova A, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |

2

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| BLS Transportation Group Inc Nasser Samih Aburish 9112 Boyce Ave Orlando, FL 32824 | 82 | $ 16,684.00 | General Unsecured | EHT US1, INC. | UCCONT1, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Brewer Barbara 14200 69Th Dr Se Unit 01 Snohomish, WA 98296 | 177 | $ 2,199.61 | General Unsecured | EHT US1, INC. | Urban Commons Anaheim HI, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Byron Johnson Kari Johnson 7696 Encinas Cir Westminster, CA 92683 | 826 | $ 2,445.10 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| CA- City Of Palm Desert Best Best And Krieger LLP Caroline R Djang 18101 Von Karman Ave Ste 1000 Irvine, CA 92612 | 851 | $ 223,768.14 | Priority | EHT US1, INC. | Urban Commons Highway 111 A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Carmen Hardwick 627 Lakewater Estates Ln Stone Mountain, GA 30087 | 80 | $ 1,500.00 | General Unsecured | EHT US1, INC. | Sky Harbor Atlanta Northeast, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| CBJ LP Dba Los Angeles Business Journal Mcneil E Pappas Pc Austin B Hayden 7500 W 110Th St Suite 110 Overland Park, KS 66210 United States | 742 | $ 4,236.99 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| CDW Direct LLC Ronelle Erickson 200 N Milwaukee Ave Vernon Hills, IL 60061 | 97 | $ 11,495.21 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| CenturyLink Communications LLC Fka Qwest Communications Co LLC Legal Bankruptcy 1025 El Dorado Blvd Broomfield, CO 80021 | 74 | $ 8,571.56 | General Unsecured | EHT US1, INC. | UCRDH, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Chemaqua Inc Aka Nch Corporation Credit Dept 2727 Chemsearch Blvd Irving, TX 75062 | 71 | $ 2,883.05 | General Unsecured | EHT US1, INC. | UCF 1, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Chemaqua Inc Aka Nch Corporation Credit Dept 2727 Chemsearch Blvd Irving, TX 75062 | 71 | $ 1,117.02 | General Unsecured | EHT US1, INC. | Urban Commons Riverside Blvd., A, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Chemsearchfe Aka Nch Corporation Della Cruz 2727 Chemsearch Blvd Irving, TX 75062 | 72 | $ 3,414.43 | General Unsecured | EHT US1, INC. | UCF 1, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Chemsearchfe Aka Nch Corporation Della Cruz 2727 Chemsearch Blvd Irving, TX 75062 | 72 | $ 302.51 | General Unsecured | EHT US1, INC. | Urban Commons Danbury A, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Chemsearchfe Aka Nch Corporation Della Cruz 2727 Chemsearch Blvd Irving, TX 75062 | 72 | $ 672.81 | General Unsecured | EHT US1, INC. | UCHIDH, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Chemsearchfe Aka Nch Corporation Della Cruz 2727 Chemsearch Blvd Irving, TX 75062 | 72 | $ 763.95 | General Unsecured | EHT US1, INC. | UCCONT1, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |

4

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Cheryl Bowie 21000 Wilbeam Ave Apt 305 Castor Valley, CA 94546 | 667 | $ 151.18 | General Unsecured | EHT US1, INC. | Urban Commons Anaheim HI, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| GIT Bank NA Bankruptcy Processing Solutions Inc Amy Tate Po Box 593007 San Antonio, TX 78259 | 360 | $ 3,133.97 | General Unsecured | EHT US1, INC. | UCF 1, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| City of Anaheim Public Utilities Riley King 201 South Anaheim Blvd Anaheim, CA 92803-3069 | 351 | $ 89,862.52 | General Unsecured | UCF 1, LLC | Urban Commons Anaheim HI, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| City of Sacramento Revenue Division 915 I St Rm 1201 Sacramento, CA 95814-2604 | 301 | $ 719.85 | General Unsecured | EHT US1, INC. | Urban Commons Riverside Blvd., A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| City of Sacramento Revenue Division 915 I St Rm 1201 Sacramento, CA 95814-2604 | 303 | $ 51,844.92 | General Unsecured | EHT US1, INC. | Urban Commons Riverside Blvd., A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| City of Sacramento Revenue Division 915 I St Rm 1201 Sacramento, CA 95814-2604 | 304 | $ 872.11 | General Unsecured | EHT US1, INC. | URBAN COMMONS RIVERSIDE BLVD., A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Co- City And County Of Denver Manager Of Finance Treasury / Specialized Audit Support 201 W Colfax Ave Mc 1001 Dept 1009 Denver, CO 80202 | 290 | Priority: $ 1,514,647.85 Secured: $ 108,660.26 | Priority and Secured | EHT US1, INC. | UCRDH, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |

5

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Co- City And County Of Denver Manager Of Finance Treasury / Specialized Audit Support 201 W Colfax Ave Mc 1001 Dept 1009 Denver, CO 80202 | 290 | Priority: $ 228,292.27 Secured: $ 84,115.81 | Priority and Secured | EHT US1, INC. | UCHIDH, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Combined Tender Association Alvin Lacefield 9110 Se 120Th Loop Summerfield, FL 34491 | 204 | $ 600.00 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Communications USA Natali Ramirez 2229 Enterprise St Escondido, CA 92029 | 626 | $ 7,607.30 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Cvent Inc Accounts Receivables 1765 Greensboro Station Pl 7th Flr Tysons Corner, VA 22102 | 491 | $ 11,738.00 | General Unsecured | Eagle Hospitality Trust S1 Pte. Ltd. | Sky Harbor Denver Tech Center, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Cvent Inc Accounts Receivables 1765 Greensboro Station Pl 7th Flr Tysons Corner, VA 22102 | 615 | $ 32,087.75 | General Unsecured | EHT US1, INC. | Urban Commons Danbury A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Cvent Inc Accounts Receivables 1765 Greensboro Station Pl Ste 700 Tysons Corner, VA 22102 | 338 | $ 6,174.00 | General Unsecured | Eagle Hospitality Trust S1 Pte. Ltd. | Sky Harbor Denver Tech Center, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| De Lage Landen Financial Svc Inc Andrew Chesbro 1111 Old Eagle School Rd Wayne, PA 19087 | 36 | Secured: $ 152,830.64 General Unsecured: - | Secured and General Unsecured | ASAP Salt Lake City Hotel LLC | 5151 Wiley Post Way Salt Lake City LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |

6

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Deann Taylor<br>Cortney Taylor<br>958 Meadow Way Dr<br>Layton, UT 84041 | 674 | Priority: $ -<br>General Unsecured $ 734.82 | Priority and General Unsecured | EHT US1, INC. | Urban Commons Anaheim HI, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Dl Svc Orlando Corp<br>Aka Dl International Group<br>Diana Torres<br>11951 International Dr Ste 2C5<br>Orlando, FL 32821 | 119 | $ 36,366.46 | General Unsecured | EHT US1, INC. | UCCONT1, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Elite Brands Of Colorado<br>Joy Walsh<br>4780 Holly St<br>Denver, CO 80216 | 272 | $ 90.30 | General Unsecured | Sky Harbor Denver Holdco, LLC | UCRDH, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Enterprise Solutions Providers LLC<br>Abby Pullo<br>731 Main St Unit 120<br>Monroe, CT 06468 | 117 | $ 1,515.53 | General Unsecured | EHT US1, INC. | Urban Commons Highway 111 A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| First Choice Temporary Svc LLC<br>Arturo Ortiz<br>Po Box 39921<br>Denver, CO 80239 | 108 | $ 72,066.77 | General Unsecured | EHT US1, INC. | UCRDH, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Fisher And Phillips LLP<br>Kathy Kubat Pp Elizabeth Lopez<br>1075 Peachtree St Ne Ste 3500<br>Atlanta, GA 30309 | 588 | $ 9,044.30 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Fort Hill LLC<br>Paul C Forte<br>Po Box 826<br>Seymour, CT 06483 | 877 | $ 2,010.02 | Admin Priority | EHT US1, INC. | Urban Commons Danbury A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |

7

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Forthill LLC<br>Paul C Forte<br>Po Box 826<br>Seymour, CT 06483 | 462 | $ 2,010.02 | General Unsecured | Eagle Hospitality Trust S1 Pte. Ltd. | Urban Commons Danbury A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Four Points By Sheraton San Jose Airport<br>Enterprise Solutions Providers LLC<br>Abby Pullo<br>731 Main St<br>Unit 120<br>Monroe, CT 06468 | 694 | $ 121.14 | General Unsecured | EHT US1, INC. | Urban Commons 4th Street A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| FP Superior Svc Inc<br>Francisca Maureira<br>17412 Ventura Blvd Ste 625<br>Encino, CA 91316 | 346 | $ 7,050.00 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Frontier Communications<br>Bankruptcy Dept<br>Kimberly Wall<br>19 John St<br>Middletown, NY 10940 | 269 | $ 2,522.89 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| GA-Dept Of Revenue<br>1800 Century Blvd Ne Suite 9100<br>Atlanta, GA 30345 | 51 | Priority: $ 1,566.30<br>General Unsecured: $ 150.00 | Priority and General Unsecured | EHT US1, INC. | Sky Harbor Atlanta Northeast, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Heartland Food Products<br>Zulmarie Ramirez<br>Po Box 1147<br>Concordville, PA 19331 | 688 | $ 2,261.07 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Highgrove Partners LLC<br>Scott And Goldman<br>Jon Howe<br>980 Birmingham Rd Ste 501 154<br>Milton, GA 30004 | 159 | $ 12,070.99 | General Unsecured | EHT US1, INC. | Sky Harbor Atlanta Northeast, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Horizon Hospitality Associates Inc<br>Scott Samuels<br>11100 Ash St Ste 105<br>Leawood, KS 66211 | 110 | $ 29,300.25 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Hotel Internet Svc LLC<br>Joyce Johnson<br>Po Box 1022<br>Sunland, CA 91041 | 533 | $ 6,050.00 | General Unsecured | EHT US1, INC. | Urban Commons Cordova A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Imonugo 1092020/Imonugo-Mmagu Wedding<br>Ifeoma Ogechukwu Imonugo<br>1905 Embassy Walk Ln<br>Lilburn, GA 30047 | 580 | $ 2,500.00 | General Unsecured | EHT US1, INC. | Sky Harbor Atlanta Northeast, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Irene Mccartney-Milton<br>444 S Country Hill Rd<br>Anaheim, CA 92808 | 566 | $ 30,380.33 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Jn Cleaning Solutions<br>Jack Shrum Pa<br>919 N Market St Ste 1410<br>Wilmington, DE 19801 | 25 | $ 197,223.11 | General Unsecured | EHT US1, INC. | UCCONT1, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| John L Busschaert<br>John Lewis Busschaert<br>4422 Dry Creek Rd<br>Sacramento, CA 95838 | 836 | $ 1,500.00 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| John Lewis Busschaert<br>4422 Dry Creek Rd<br>Sacramento, CA 95838 | 837 | $ 1,500.00 | General Unsecured | Eagle Hospitality Trust S2 PTE. Ltd. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |

9

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| JSC Systems Inc<br>1985 Corporate Square<br>Longwood, FL 32750 | 453 | $ 4,888.00 | General Unsecured | EHT US1, INC. | UCCONT1, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Justine Watson<br>14314 Flomar Dr<br>Whittier, CA 90603 | 833 | $ 3,979.21 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Lagos Ms Kaitlin<br>2001 Thomas Ave<br>Butte, MT 59701 | 676 | $ 837.75 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Leasing Associates Svc Inc<br>Aka Lai Trust<br>Ronald Janak<br>12600 N Featherwood Dr Ste 400<br>Houston, TX 77034 | 618 | $ 6,717.21 | General Unsecured | EHT US1, INC. | Urban Commons 4th Street A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Lindsey Scoggins<br>Adrian Blanson<br>10 Worrell Rd<br>511<br>Antioch, CA 94509 | 519 | $ 14,560.00 | Priority | Eagle Hospitality Trust S1 PTE. Ltd. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Marx Okubo Associates Inc<br>Tammy Taylor<br>455 Sherman St Ste 200<br>Denver, CO 80203-4428 | 282 | $ 20,000.00 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Masada Bakery<br>Aka Tennesee Bun Company LLC<br>Po Box 2465<br>Norcross, GA 30091-2465 | 199 | $ 3,221.20 | General Unsecured | EHT US1, INC. | UCCONT1, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Nar Anon Ny and Ne Region<br>26 Pheasant Run<br>Berlin, CT 06037 | 803 | $ 1,200.00 | General Unsecured | EHT US1, INC. | Urban Commons Danbury A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Next Level Elevator Inc<br>Sandra Mendoza<br>2199 North Batavia St<br>Unit S<br>Orange, CA 92865 | 631 | $ 21,457.50 | General Unsecured | EHT US1, INC. | Urban Commons Cordova A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Norcross 72520 High School Multi Yer 7783<br>Vicki L Kennedy<br>5310 Falls Dr Apt 5316<br>Cumming, GA 30028-3554 | 370 | $ 2,500.00 | Priority | EHT US1, INC. | Sky Harbor Atlanta Northeast, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Pacific Bell Telephone Co<br>AT and T Svc Inc<br>Karen A Cavagnaro<br>One AT&T Way Room 3A104<br>Bedminster, NJ 07921 | 602 | $ 15,633.18 | General Unsecured | EHT US1, INC. | Urban Commons Anaheim HI, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Pacific Coast Baking Co<br>William Esposto<br>360 Shaw Rd Ste B<br>South San Francisco, CA 94080 | 141 | $ 1,049.91 | General Unsecured | Eagle Hospitality Trust S1 Pte. Ltd. | Urban Commons 4th Street A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Pacific Traffic Control<br>Jose Velasco Jr<br>1481 E 4Th St<br>Los Angeles, CA 90033 | 143 | $ 52,806.00 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Palm Desert Ace Hardware<br>Lorraine Price<br>74058 Hwy 111<br>Palm Desert, CA 92260 | 288 | $ 223.55 | General Unsecured | EHT US1, INC. | Urban Commons Highway 111 A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Powertrip Rentals LLC<br>Heidi Contreras<br>2501 Orange Ave<br>Signal Hill, CA 90755 | 42 | $ 19,063.82 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Public Svc Co A Colorado Corp<br>Dba Xcel Energy<br>Xcel Energy<br>Bankruptcy Dept<br>Katie Ann Miller<br>Po Box 9477<br>Minneapolis, MN 55484 | 70 | $ 46,593.13 | General Unsecured | EHT US1, INC. | UCHIDH, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Public Svc Co a Colorado Corp<br>Dba Xcel Energy<br>Xcel Energy<br>Bankruptcy Dept<br>Katie Ann Miller<br>Po Box 9477<br>Minneapolis, MN 55484 | 70 | $ 7,772.99 | General Unsecured | EHT US1, INC. | Sky Harbor Denver Tech Center, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Questar Gas Co Dba Dominion Energy Ut<br>Bankruptcy Dnr 132<br>Po Box 3194<br>1140 W 200 S<br>Salt Lake City, UT 84110 | 73 | $ 2,746.69 | General Unsecured | EHT US1, INC. | 5151 Wiley Post Way Salt Lake City LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Radiant Svcs Corp<br>Law Office Of Stuart D Meyers<br>22287 Mulholland Hwy Ste 611<br>Calabasas, CA 91302 | 463 | $ 174,028.34 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Regency Enterprises<br>Aka Regency Lighting<br>Joanne Zaki<br>9261 Jordan Ave<br>Chatsworth, CA 91311 | 198 | $ 10,665.33 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Regency Enterprises Aka Regency Lighting Joanne Zaki 9261 Jordan Ave Chatsworth, CA 91311 | 52 | $ 909.14 | General Unsecured | EHT US1, INC. | Urban Commons Anaheim HI, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Regency Enterprises Aka Regency Lighting Joanne Zaki 9261 Jordan Ave Chatsworth, CA 91311 | 53 | $ 286.53 | General Unsecured | EHT US1, INC. | UCF 1, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Restoration Management Co Janice Valles Restoration Management Co 4142 Point Eden Way Hayward, CA 94545 | 95 | $ 50,782.78 | Secured | EHT US1, INC. | Urban Commons Anaheim HI, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Ricoh USA Inc Geoffrey A Ibim 1738 Bass Rd Macon, GA 31210 | 130 | $ 65,776.26 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Riley Lovendale 66 Laurel St Watertown, MA 02472 | 646 | $ 734.82 | General Unsecured | EHT US1, INC. | Urban Commons Anaheim HI, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Riley Lovendale 66 Laurel St Watertown, MA 02472 | 647 | $ 734.82 | General Unsecured | EHT US1, INC. | Urban Commons Anaheim HI, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Ring Power Corp Vicki Lynn Wood 10421 Fern Hill Dr Riverview, FL 33578 | 75 | $ 44,521.80 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Rudisill Janice<br>19 Clayton Rd<br>Danbury, CT 06811 | 109 | $ 1,500.00 | General Unsecured | EHT US1, INC. | Urban Commons Danbury A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Safety Netaccess Inc<br>Marie Ellis<br>114 Gould St<br>Needham, MA 02494 | 106 | $ 7,924.25 | General Unsecured | EHT US1, INC. | UCCONT1, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Shinoda Design Center Inc<br>Jerry Thalheimer<br>601 W Dyer Rd<br>Santa Ana, CA 92707 | 59 | $ 3,367.88 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| SoCalGas<br>The Gas Co Southern California Gas Co<br>Veronica Arroyo<br>Po Box 30337<br>Los Angeles, CA 90030 | 58 | $ 9,423.98 | General Unsecured | EHT US1, INC. | Urban Commons Highway 111 A, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| SoCalGas<br>The Gas Co Southern California Gas Co<br>Veronica Arroyo<br>Po Box 30337<br>Los Angeles, CA 90030 | 58 | $ 10,511.00 | General Unsecured | EHT US1, INC. | Urban Commons Anaheim HI, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| SoCalGas<br>The Gas Co Southern California Gas Co<br>Veronica Arroyo<br>Po Box 30337<br>Los Angeles, CA 90030 | 58 | $ 5,351.56 | General Unsecured | EHT US1, INC. | Urban Commons Cordova A, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| SoCalGas<br>The Gas Co Southern California Gas Co<br>Veronica Arroyo<br>Po Box 30337<br>Los Angeles, CA 90030 | 58 | $ 4,591.49 | General Unsecured | EHT US1, INC. | UCF 1, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |

62156/0001-41871082v1

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Spark Solutions Group<br>Randy Gunter<br>6790 S 1300 East<br>Cottonwood Heights, UT 84121 | 499 | $ 15,857.18 | General Unsecured | EHT US1, INC. | 5151 Wiley Post Way Salt Lake City LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Specialty Textile Svcs<br>Aka Spectex Inc<br>Gina Ontiveros<br>1333 30Th St Ste A<br>San Diego, CA 92154 | 41 | $ 58,503.83 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Spectrum<br>Debra Delois Shanklin<br>1600 Dublin Rd<br>Columbus, OH 43215 | 10 | $ 914.52 | General Unsecured | EHT US1, INC. | Urban Commons Anaheim HI, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Squirrel Systems<br>Jordan Jones<br>Pmb 740<br>250 H St<br>Blaine, WA 98230-4033 | 91 | $ 116,126.50 | General Unsecured | Eagle Hospitality Trust S1 Pte. Ltd. | UCCONT1, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| SSD Alarm<br>Tony Martin<br>1740 N Lemon St<br>Anaheim, CA 92801 | 192 | $ 849.48 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Sterling<br>David Miller<br>One State Street Plaza 24Th Floor<br>New York, NY 10004 | 69 | $ 402.55 | General Unsecured | EHT US1, INC. | Sky Harbor Denver Tech Center, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Sunbelt Rentals<br>Paula Anderson<br>1275 W Mound St<br>Columbus, OH 43223 | 241 | $ 500.78 | General Unsecured | EHT US1, INC. | Sky Harbor Atlanta Northeast, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Susan Lazuka<br>625 N Harrington Dr<br>Fullerton, CA 92831 | 536 | $ 17,265.65 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Terri Richardson<br>512 Crestmont Ln<br>Canton, GA 30114 | 255 | $ 200.00 | General Unsecured | EHT US1, INC. | Sky Harbor Atlanta Northeast, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| The Regal Press Inc<br>Kristine O'Leary<br>79 Astor Ave<br>Norwood, MA 02062 | 48 | $ 92.00 | General Unsecured | EHT US1, INC. | Urban Commons Highway 111 A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| The Regal Press Inc<br>Kristine O'Leary<br>79 Astor Ave<br>Norwood, MA 02062 | 49 | $ 50.83 | General Unsecured | EHT US1, INC. | UCF 1, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Thyssenkrupp Elevator Corp<br>Law Office Of D Park Smith<br>D. Park Smith<br>250 Cherry Springs Rd Ste 200<br>Hunt, TX 78024 | 60 | $ 1,038.72 | General Unsecured | EHT US1, INC. | 5151 Wiley Post Way Salt Lake City LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Thyssenkrupp Elevator Corp<br>Law Office Of D Park Smith<br>D. Park Smith<br>250 Cherry Springs Rd Ste 200<br>Hunt, TX 78024 | 60 | $ 103,968.70 | General Unsecured | EHT US1, INC. | Urban Commons Danbury A, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Thyssenkrupp Elevator Corp<br>Law Office Of D Park Smith<br>D. Park Smith<br>250 Cherry Springs Rd Ste 200<br>Hunt, TX 78024 | 60 | $ 34,241.37 | General Unsecured | EHT US1, INC. | UCCONT1, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Thyssenkrupp Elevator Corp Law Office Of D Park Smith D. Park Smith 250 Cherry Springs Rd Ste 200 Hunt, TX 78024 | 60 | $ 8,433.25 | General Unsecured | EHT US1, INC. | Urban Commons 4th Street A, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| TWC Svc Inc Lori Reed Po Box 1612 Des Moines, IA 50306-1612 | 105 | $ 271.95 | General Unsecured | Eagle Hospitality Trust S1 Pte. Ltd. | UCCONT1, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| US Coffee Inc Us Coffee Dare' Alvino 51 Alpha Plz Hicksville, NY 11801 | 26 | $ 4,290.07 | General Unsecured | Eagle Hospitality Trust S1 Pte. Ltd. | Urban Commons Danbury A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| UT- State Tax Commission 210 North 1950 West Salt Lake City, UT 84134 | 7 | Priority: $ 102.10 General Unsecured: $ 32.03 | Priority and General Unsecured | EHT US1, INC. | 5151 Wiley Post Way Salt Lake City LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Walt Disney Travel Co Inc Disneyland Resort Office Of Counsel 700 West Ball Rd Anaheim, CA 92802 | 107 | $ 29,170.05 | General Unsecured | EHT US1, INC. | Urban Commons Anaheim HI, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Western Exterminator Rentokil North America Tara Conrad 1125 Berkshire Blvd Ste 150 Reading, PA 19610 | 306 | $ 80,280.77 | General Unsecured | EHT US1, INC. | Urban Commons Queensway, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Western Exterminator Rentokil North America Tara Conrad 1125 Berkshire Blvd Ste 150 Reading, PA 19610 | 306 | $ 3,122.79 | General Unsecured | EHT US1, INC. | UCRDH, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| White Coffee Corp<br>Carlos Enazario<br>18-35 Steinway Pl (38Th Street<br>Astoria, NY 11105 | 367 | $ 1,679.10 | General Unsecured | EHT US1, INC. | Urban Commons Danbury A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| Windstream<br>Beth Renae Wise<br>1450 N Ctr Pt Rd<br>Hiawatha, IA 52233 | 583 | $ 11,191.34 | General Unsecured | EHT US1, INC. | 5151 Wiley Post Way Salt Lake City LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Windstream<br>Beth Renae Wise<br>1450 N Ctr Pt Rd<br>Hiawatha, IA 52233 | 583 | $ 2,142.18 | General Unsecured | EHT US1, INC. | Sky Harbor Denver Tech Center, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| Wingate by Wyndham San Jose<br>Peter Friedman<br>5190 Cherry Ave<br>San Jose, CA 95118 | 11 | $ 1,547.84 | General Unsecured | EHT US1, INC. | Urban Commons 4th Street A, LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |
| WM Corporate Svc Inc<br>Waste Management<br>Jacquolyn Mills<br>800 Capitol St Ste  3000<br>Houston, TX 77002 | 237 | $ 35,780.30 | General Unsecured | EHT US1, INC. | UCCONT1, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| WM Corporate Svc Inc<br>Waste Management<br>Jacquolyn Mills<br>800 Capitol St Ste  3000<br>Houston, TX 77002 | 237 | $ 1,335.96 | General Unsecured | EHT US1, INC. | Sky Harbor Atlanta Northeast, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |
| WM Corporate Svc Inc<br>Waste Management<br>Jacquolyn Mills<br>800 Capitol St Ste  3000<br>Houston, TX 77002 | 237 | $ 2,344.28 | General Unsecured | EHT US1, INC. | UCHIDH, LLC | The claim was filed against a single wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propcos. |

Debtors' Sixth Omnibus Claim Objection
Exhibit 1 to Order

EHT US1, Inc., et al.
Case No. 21-10036 (CSS)

| Name of Claimant | Claim Number | Claim Amount | Claim Class | Asserted Debtor | Modified Debtor | Reason for Reassignment |
|---|---|---|---|---|---|---|
| Yesco LLC<br>Tyler Steenblik<br>1605 Gramercy Rd<br>Salt Lake City, UT 84104 | 191 | $ 1,124.60 | General Unsecured | EHT US1, INC. | 5151 Wiley Post Way Salt Lake City LLC | The claim was filed against the wrong Debtor, a Debtor Holdco, rather than against the appropriate Debtor Propco. |