## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                      :

In re:                               :    Chapter 11
                                        :

EHT US1, Inc., *et al.*,            :    Case No. 21-10036 (CSS)
                                        :
                                        :    (Jointly Administered)

                Debtors.[1]       :    **Re: Docket No. 1637**

------------------------------------------------------- x

### ORDER APPROVING STIPULATION BETWEEN (I) DEBTORS, (II) SCOTT'S SACRAMENTO INC., AND (III) BUYER UNDER AGREEMENT OF PURCHASE AND SALE, DATED AS OF MARCH 7, 2021, AS AMENDED, REGARDING (A) LEASE RELATING TO WS HOTEL AND (B) PROTECTIVE REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS FILED BY BUYER

Upon consideration of the *Stipulation Between (I) Debtors, (II) Scott's Sacramento Inc., and (III) Buyer Under Agreement of Purchase and Sale, Dated as of March 7, 2021, as Amended, Regarding (A) Lease Relating to WS Hotel and (B) Protective Request for Allowance and Payment of Administrative Expense Claims Filed by Buyer* (the "<u>Stipulation</u>"),[2] a copy of which is attached hereto as **<u>Exhibit 1</u>**; and the Court having determined that the Stipulation reflects the sound exercise of the Debtors' business judgement and is in the best interests of the Debtors, their estates,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: EHT US1, Inc.(6703); 5151 Wiley Post Way, Salt Lake City, LLC (1455); ASAP Cayman Atlanta Hotel LLC (2088); ASAP Cayman Denver Tech LLC (7531); ASAP Cayman Salt Lake City Hotel LLC (7546); ASAP Salt Lake City Hotel, LLC (7146); Atlanta Hotel Holdings, LLC (6450); CI Hospitality Investment, LLC (7641); Eagle Hospitality Real Estate Investment Trust (7734); Eagle Hospitality Trust S1 Pte Ltd. (7669); Eagle Hospitality Trust S2 Pte Ltd. (7657); EHT Cayman Corp. Ltd. (7656); Sky Harbor Atlanta Northeast, LLC (6846); Sky Harbor Denver Holdco, LLC (6650); Sky Harbor Denver Tech Center, LLC (8303); UCCONT1, LLC (0463); UCF 1, LLC (6406); UCRDH, LLC (2279); UCHIDH, LLC (6497); Urban Commons 4th Street A, LLC (1768); Urban Commons Anaheim HI, LLC (9915); Urban Commons Bayshore A, LLC (2422); Urban Commons Cordova A, LLC (4152); Urban Commons Danbury A, LLC (4388); Urban Commons Highway 111 A, LLC (4497); Urban Commons Queensway, LLC (6882); Urban Commons Riverside Blvd., A, LLC (4661); and USHIL Holdco Member, LLC (4796). The Debtors' mailing address is 1166 Avenue of the Americas, 15th Floor, New York, NY 10036 c/o Alan Tantleff (solely for purposes of notices and communications).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

their creditors, and all parties in interest; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that entry of this Order is consistent with section 105(a) of the Bankruptcy Code; and it appearing that no other or further notice is required; and after due deliberation, and good and sufficient cause appearing therefor,

   **IT IS HEREBY ORDERED THAT**:

   1.     The Stipulation is approved subject to the terms of this Order.

   2.     Assumption of the Lease is appropriate under sections 105(a) and 365 of the Bankruptcy Code, and is approved as set forth in the Stipulation.

   3.     Any objections to approval of the Stipulation, inclusive of each of its terms, must be filed with the Court and served on counsel to the Debtors by no later than five (5) calendar days after entry of this Order (the "Objection Deadline").

   4.     If no objections to the Stipulation are filed or otherwise received in accordance herewith by the Objection Deadline, the Stipulation and each of its terms shall be deemed approved by operation of this Order.

   5.     If any objection or response to the Stipulation is filed prior to the Objection Deadline, a hearing will be scheduled to consider approval of the Stipulation.

   6.     The Debtors shall serve a copy of this Order and the attached Stipulation by first-class United States mail or e-mail where appropriate upon (i) the U.S. Trustee; (ii) counsel to the official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code ;

(iii) counsel to the Prepetition Agent; (iv) counsel to the Buyer; (v) counsel to Scott's; and (vi) all other parties entitled to notice under Del. Bankr. L.R. 2002-1(b).

7.  This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation and this Order.

**Dated: November 15th, 2021**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

62156/0001-41920276v2