# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| EHT US1, INC., et al.,[1] | ) |
| | ) Case No. 21-10036 (CSS) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

## NOTICE OF APPEAL

**Howard Wu, Taylor Woods, EHT CPDCT, LLC, EHT ESAN, LLC, EHT ESPD, LLC, EHT FPSJ, LLC, EHT HIA, LLC, EHT HIDH, LLC, EHT HISM, LLC, EHT HIOR, LLC, EHT QMLB, LLC, EHT RDH, LLC, EHT SPH, LLC, EHT WSAC, LLC, EHT RWH, LLC, EHT HAN, LLC, EHT DHSLC, LLC, EHT HHG, LLC, EHT CPDGA, LLC, and EHT SDTC, LLC** hereby give notice in the above-captioned Chapter 11 Bankruptcy Case No. 21-10036 (CSS) (Jointly Administered) of their appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. §158(a).

**Howard Wu, Taylor Woods, EHT CPDCT, LLC, EHT ESAN, LLC, EHT ESPD, LLC, EHT FPSJ, LLC, EHT HIA, LLC, EHT HIDH, LLC, EHT HISM, LLC, EHT HIOR, LLC, EHT QMLB, LLC, EHT RDH, LLC, EHT SPH, LLC, EHT WSAC, LLC, EHT RWH, LLC, EHT HAN, LLC, EHT DHSLC, LLC, EHT HHG, LLC, EHT CPDGA,**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: EHT US1, Inc.(6703); 5151 Wiley Post Way, Salt Lake City, LLC (1455); ASAP Cayman Atlanta Hotel LLC (2088); ASAP Cayman Denver Tech LLC (7531); ASAP Cayman Salt Lake City Hotel LLC (7546); ASAP Salt Lake City Hotel, LLC (7146); Atlanta Hotel Holdings, LLC (6450); CI Hospitality Investment, LLC (7641); Eagle Hospitality Trust S1 Pte Ltd. (7669); Eagle Hospitality Trust S2 Pte Ltd. (7657); EHT Cayman Corp. Ltd. (7656); Sky Harbor Atlanta Northeast, LLC (6450); Sky Harbor Denver Holdco, LLC (6650); Sky Harbor Denver Tech Center, LLC (8303); UCCONT1, LLC (0463); UCF 1, LLC (6406); UCRDH, LLC (2279); UCHIDH, LLC (6497); Urban Commons 4th Street A, LLC (1768); Urban Commons Anaheim HI, LLC (3292); Urban Commons Bayshore A, LLC (2422); Urban Commons Cordova A, LLC (4152); Urban Commons Danbury A, LLC (4388); Urban Commons Highway 111 A, LLC (4497); Urban Commons Queensway, LLC (6882); Urban Commons Riverside Blvd., A, LLC (4661); and USHIL Holdco Member, LLC (4796). The Debtors' mailing address is 3 Times Square, 9th Floor New York, NY 10036 c/o Alan Tantleff (solely for purposes of notices and communications).

**LLC, and EHT SDTC, LLC** appeal from: 1) the "**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER (I) CONFIRMING MODIFIED FIRST AMENDED JOINT PLAN OF LIQUIDATION OF EAGLE HOSPITALITY REAL ESTATE INVESTMENT TRUST AND CERTAIN OF ITSSUBSIDIARY DEBTORS AND (II) GRANTING RELATED RELIEF**" (**Docket No. 1874**), entered on December 20, 2021.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**PARTIES**:

| **APPELLANTS:** | **APPELLEES:** |
|---|---|
| Howard Wu | Debtors, EHT US1, INC., et al. |
| Taylor Woods | |
| EHT CPDCT, LLC | Official Committee of Unsecured Creditors. |
| EHT ESAN, LLC | |
| EHT ESPD, LLC | |
| EHT FPSJ, LLC | Lender, Bank of America, N.A. |
| EHT HIA, LLC | |
| EHT HIDH, LLC | |
| EHT HISM, LLC | |
| EHT HIOR, LLC | |
| EHT QMLB, LLC | |
| EHT RDH, LLC | |
| EHT SPH, LLC | |
| EHT WSAC, LLC | |
| EHT RWH, LLC | |
| EHT HAN, LLC | |
| EHT DHSLC, LLC | |
| EHT HHG, LLC | |
| EHT CPDGA, LLC | |
| EHT SDTC, LLC | |

**ATTORNEYS:**

Brian A. Sullivan, Esq.
**WERB & SULLIVAN**
1225 North King Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-1100
E-mail: bsullivan@werbsullivan.com
*Attorneys for Appellants,*
*Howard Wu, et al.*

Luc A. Despins, Esq.
G. Alexander Bongartz, Esq.
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Tel.: (212) 318-6000
Fax: (212) 319-4090
*Attorneys for Appellees*
*Debtors, et al.*

Seth Van Aalten, Esq.
G. David Dean, Esq.
Justin R. Alberto, Esq.
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
*Attorneys for Appellees*
*Debtors, et al.*

**MORGAN, LEWIS & BOCKIUS LLP**
Sabin Willett (admitted pro hac vice)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 341-7000
Fax: (617) 341-7701
Email: sabin.willett@morganlewis.com
Jennifer Feldsher (admitted pro hac vice)
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Fax: (212) 309-6001
Email:
jennifer.feldsher@morganlewis.com
David M. Riley (admitted pro hac vice)
2049 Century Park East
Los Angeles, CA 90067
Tel: (310) 907-1000
Fax: (310) 907-1001
Email: david.riley@morganlewis.com
*Counsel to Bank of America, N.A.*

*(Counsel to Bank of America, N.A.)*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Brendan J. Schlauch (No. 6115)
Megan E. Kenney (No. 6426)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
Email: collins@rlf.com schlauch@rlf.com
kenney@rlf.com
*Counsel to Bank of America, N.A.*

**MORRIS JAMES LLP**
*Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Adam C. Rogoff (admitted pro hac vice)
Robert T. Schmidt (admitted pro hac vice)
Douglas Buckley (admitted pro hac vice)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
arogoff@kramerlevin.com
rschmidt@kramerlevin.com
dbuckley@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*

**Dated: December 27, 2021**          **Respectfully submitted,**

                                         **WERB & SULLIVAN**

/s/ Brian A. Sullivan
**Brian A. Sullivan (No. 2098)**
1225 North King Street, Suite 600
Wilmington, DE  19801
Telephone: (302) 652-1100
Telecopier: (302) 652-1111
E-mail: bsullivan@werbsullivan.com

-and-

**BODELL BOVÉ, LLC**
Bruce W. McCullough (No. 3112)
1225 N. King Street, Suite 1000
Wilmington, DE 19801-3250
Office: 302-655-6749
Fax: 302-655-6827
Email: bmccullough@bodellbove.com
*Attorneys for Appellants,*
*Howard Wu, et al.*