**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| EHT US1, INC., et al., | ) | |
| | ) | Case No. 21-10036 (CSS) |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | Re: DE No. 1874 and 1895 |
| | ) | |

**APPELLANTS' STATEMENT OF ISSUES AND DESIGNATION OF RECORD**

Appellants' **Howard Wu, Taylor Woods, EHT CPDCT, LLC, EHT ESAN, LLC, EHT ESPD, LLC, EHT FPSJ, LLC, EHT HIA, LLC, EHT HIDH, LLC, EHT HISM, LLC, EHT HIOR, LLC, EHT QMLB, LLC, EHT RDH, LLC, EHT SPH, LLC, EHT WSAC, LLC, EHT RWH, LLC, EHT HAN, LLC, EHT DHSLC, LLC, EHT HHG, LLC, EHT CPDGA, LLC, and EHT SDTC, LLC** ("**Appellants**") file this statement of issues and designation of items to be included in the record on appeal pursuant to Bankruptcy Rule 8009.

    **I.**    **STATEMENT OF ISSUES**

Appellants state the following issues for their appeal of the Bankruptcy Court's Order of Docket No. 1874 "the Confirmation Order" entered on December 19, 2021:

**Issue 1:** Did the Bankruptcy Court commit error in not granting the relief requested in Appellants Objection to the Chapter 11 Plan?

**Issue 2:** Did the Bankruptcy Court commit error in entering the Confirmation Order when Appellants objected that they did not have sufficient time to locate and secure new Bankruptcy Counsel?

**Issue 3:** Did the Bankruptcy Court commit error in entering the Confirmation Order when Appellants already had 5 Appeals pending in the United States District Court?

1

**Issue 4:** Did the Bankruptcy Court commit error in entering the Confirmation Order when Appellants were seeking a stay of Confirmation pending their 5 Appeals to the United States District Court?

**Issue 5:** Did the Bankruptcy Court commit error in entering the Confirmation Order when the Bankruptcy Court improperly dismissed all of Appellants claims, which total exceeded approximately $250 Million?

**Issue 6:** Did the Bankruptcy Court commit error in entering the Confirmation Order when the Bankruptcy Court improperly dismissed all of Appellants 18 pending filing Adversary Actions against Appellees/Debtors, which in total exceeded approximately $250 Million?

**Issue 7:** Did the Bankruptcy Court commit error in entering the Confirmation Order when the Bankruptcy Court improperly dismissed *without prejudice* all of Appellants 18 pending filing Adversary Actions against Appellees/Debtors, which in total exceeded approximately $250 Million?

**Issue 8:** Did the Bankruptcy Court commit error in entering the Confirmation Order when Appellants objected and alleged that the Chapter 11 Plan was not proposed in good faith?

**Issue 9:** Did the Bankruptcy Court commit error in entering the Confirmation Order when Appellants argued objected and alleged that the Bankruptcy Court should not confirm because the Chapter 11 Plan did not provide for the contingencies of either Appellants' Claims or Appeals?

**Issue 10:** Did the Bankruptcy Court commit error in entering the Confirmation Order when Appellants sought a stay of confirmation pending appeals in order to avoid the problems associated with any alleged equitable mootness?

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Appellants designate items to be included in the record as set forth below. Designations include all related exhibits, attachments, and appendices.

A.  **DESIGNATIONS FROM THE ADVERSARY ACTION (NO.21-50476)**

| Item No. | Docket No. | Description |
|---|---|---|
| 1 | 37 | Motion For Summary Judgment *(Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Bankruptcy Procedure 7056)*. Filed by Urban Commons Queensway, LLC. (Dean, G.) (Entered: 06/28/2021) |
| 2 | 38 | [SEALED] Memorandum of Law *in Support of Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Bankruptcy Procedure 7056* (related document(s)37) Filed by Urban Commons Queensway, LLC. (Dean, G.) (Entered: 06/28/2021) |
| 3 | 39 | [SEALED] Declaration *of Will Clark Farmer in Support of Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Bankruptcy Procedure 7056* (related document(s)37) Filed by Urban Commons Queensway, LLC. (Attachments: # 1 Exhibit C # 2 Exhibit D # 3 Exhibit E # 4 Exhibit F # 5 Exhibit G # 6 Exhibit H # 7 Exhibit I # 8 Exhibit L # 9 Exhibit M # 10 Exhibit N # 11 Exhibit O # 12 Exhibit P # 13 Exhibit Q # 14 Exhibit S # 15 Exhibit T # 16 Exhibit U # 17 Exhibit V # 18 Exhibit W # 19 Exhibit X # 20 Exhibit Y # 21 Exhibit Z # 22 Exhibit AA # 23 Exhibit BB # 24 Exhibit CC # 25 Exhibit DD # 26 Exhibit EE # 27 Exhibit FF # 28 Exhibit GG # 29 Exhibit HH # 30 Exhibit II # 31 Exhibit JJ # 32 Exhibit KK # 33 Exhibit LL # 34 Exhibit MM # 35 Exhibit NN # 36 Exhibit OO # 37 Exhibit PP # 38 Exhibit QQ # 39 Exhibit RR # 40 Exhibit SS # 41 Exhibit TT # 42 Exhibit UU # 43 Exhibit VV) (Dean, G.) (Entered: 06/28/2021) |
| 4 | 42 | Memorandum of Law *[UNREDACTED] in Support of Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Bankruptcy Procedure 7056* (related document(s)37, 38) Filed by Urban Commons Queensway, LLC. (Dean, G.) (Entered: 07/09/2021) |
| 5 | 43 | Notice of Filing of Proposed Redacted Version of Document *(Notice of Filing of Proposed Redacted Version of Declaration of Will Clark Farmer in Support of Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Bankruptcy Procedure 7056)* (related document(s)39) Filed by Urban Commons Queensway, LLC (Attachments: # 1 Exhibit A - Redacted Public Version of Sealed Declaration [Adv. Docket No. 39] - Part 1 # 2 Exhibit A - Redacted Public Version of Sealed Declaration [Adv. Docket No. 39] - Part 2 # 3 Exhibit A - Redacted Public Version of Sealed Declaration [Adv. Docket No. 39] - Part 3) (Dean, G.) (Entered: 07/09/2021) |
| 6 | 44 | Motion to File Under Seal *(Motion of Debtors for Entry of Order Authorizing Filing Declaration Under Seal (related document(s)38, 39, 42, 43))*. Filed by Urban Commons Queensway, LLC. (Attachments: # 1 Exhibit A) (Dean, G.) (Entered: 07/09/2021) |
| 7 | 45 | Affidavit/Declaration of Service *of the Motion of Debtors for Entry of Order Authorizing Filing Declaration Under Seal (Docket No. 44)*. Filed by Donlin Recano. (related document(s)44) (Jordan, Lillian) (Entered: 07/12/2021) |
| 8 | 46 | Motion to Extend Time *to Respond to Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Bankruptcy Procedure 7056* Filed by EHT Asset Management, LLC, Taylor Woods, Howard Wu (related document(s)37). (Attachments: # 1 Exhibit A # 2 Certificate of Service) (Stulman, Aaron) (Entered: 07/12/2021) |

| | | |
|---|---|---|
| 9 | 47 | Transcript regarding Hearing Held 7/7/21 RE: Omnibus. Remote electronic access to the transcript is restricted until 10/12/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Notice of Intent to Request Redaction Deadline Due By 7/21/2021. Redaction Request Due By 8/4/2021. Redacted Transcript Submission Due By 8/16/2021. Transcript access will be restricted through 10/12/2021. (Murin, Leslie) (Entered: 07/14/2021) |
| 10 | 48 | Memorandum of Law *(Memorandum of Law in Opposition to Defendants' Motion to Extend the Time to Respond to Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment and Renewed Cross-Motion for Preliminary Injunctive Relief)* (related document(s)46) Filed by Urban Commons Queensway, LLC. (Attachments: # 1 Exhibit A - Proposed Order) (Dean, G.) (Entered: 07/15/2021) |
| 11 | 49 | Declaration *of Will Clark Farmer in Support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Extend the Time to Respond to Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment and Renewed Cross-Motion for Preliminary Injunctive Relief* (related document(s)48) Filed by Urban Commons Queensway, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Exhibit O # 16 Exhibit P # 17 Exhibit Q # 18 Exhibit R # 19 Exhibit S # 20 Exhibit T # 21 Exhibit U # 22 Exhibit V # 23 Exhibit W) (Dean, G.) (Entered: 07/15/2021) |
| 12 | 54 | Affidavit/Declaration of Service *of i.Defendants Motion to Extend Time to Respond to Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Bankruptcy Procedure 7056 (Docket No. 46), ii.Memorandum of Law in Opposition to Defendants' Motion to Extend the Time to Respond to Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment and Renewed Cross-Motion for Preliminary Injunctive Relief (Docket No. 48), iii.Order (I) Establishing Expedited Briefing Schedule and (II) Scheduling Expedited Hearing With Respect to Plaintiffs Cross-Motion for Preliminary Injunctive Relief and Defendants Motion TO Extend Time to Respond to Summary Judgment Motion (Docket No. 52)*. Filed by Donlin, Recano & Company, Inc.. (related document(s)46, 48, 52) (Jordan, Lillian) (Entered: 07/22/2021) |
| 13 | 59 | Certification of Counsel *Regarding Interim Order Granting Motion to Extend Time to Respond to Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Bankruptcy Procedure 7056* (related document(s)37, 46) Filed by EHT Asset Management, LLC, Taylor Woods, Howard Wu. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Stulman, Aaron) (Entered: 07/27/2021) |
| 14 | 60 | INTERIM ORDER GRANTING MOTION TO EXTEND THE TIME TO RESPOND TOPLAINTIFF URBAN COMMONS QUEENSWAY, LLCS MOTION FOR SUMMARYJUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 7056 (related document(s)59) Order Signed on 7/27/2021. (CAS) (Entered: 07/27/2021) |
| 15 | 61 | Certificate of No Objection *Regarding Motion of Debtors for Entry of Order Authorizing Filing of Declaration Under Seal* (related document(s)44) Filed by Urban Commons Queensway, LLC. (Dean, G.) (Entered: 07/27/2021) |
| 16 | 62 | ORDER AUTHORIZING FILING BRIEF AND DECLARATION UNDER SEAL (related document(s)38, 39, 42, 43, 44, 61) Order Signed on 7/28/2021. (DRG) (Entered: 07/28/2021) |

| | | |
|---|---|---|
| 17 | 63 | Transcript regarding Hearing Held 7/26/21 RE: Various Motions. Remote electronic access to the transcript is restricted until 10/26/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Notice of Intent to Request Redaction Deadline Due By 8/4/2021. Redaction Request Due By 8/18/2021. Redacted Transcript Submission Due By 8/30/2021. Transcript access will be restricted through 10/26/2021. (related document(s) 948 , 957 ) (Murin, Leslie) (Entered: 07/28/2021) |
| 18 | 64 | Affidavit/Declaration of Service *of Order Authorizing Filing Brief and Declaration Under Seal*. Filed by Donlin, Recano & Company, Inc.. (related document(s)62) (Jordan, Lillian) (Entered: 08/04/2021) |
| 19 | 67 | FINAL ORDER GRANTING MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF URBAN COMMONS QUEENSWAY, LLCS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 7056 (Related Doc # 37, 46, 60, 66) Order Signed on 8/16/2021. (DRG) (Entered: 08/16/2021) |
| 20 | 68 | Transcript regarding Hearing Held 8/12/2021 RE: Omnibus. Remote electronic access to the transcript is restricted until 11/15/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number (302)654-8080. Notice of Intent to Request Redaction Deadline Due By 8/23/2021. Redaction Request Due By 9/7/2021. Redacted Transcript Submission Due By 9/16/2021. Transcript access will be restricted through 11/15/2021. (BJM) (Entered: 08/16/2021) |
| 21 | 69 | Letter Opinion (related document(s)46) (CAS) (Entered: 08/27/2021) |
| 22 | 70 | Certification of Counsel *Regarding Order Granting Plaintiff Urban Commons Queensway, LLC's Renewed Cross-Motion for Preliminary Injunctive Relief.* Filed by Urban Commons Queensway, LLC. (Dean, G.) (Entered: 08/27/2021) |
| 23 | 71 | ORDER GRANTING PLAINTIFF URBAN COMMONSQUEENSWAY, LLCS RENEWED CROSS-MOTIONFOR PRELIMINARY INJUNCTIVE RELIEF (related document(s)70) Order Signed on 8/27/2021. (CAS) (Entered: 08/27/2021) |
| 24 | 75 | Certification of Counsel *Regarding Order Granting Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment* (related document(s)37) Filed by Urban Commons Queensway, LLC. (Attachments: # 1 Exhibit A - Revised Proposed Order # 2 Exhibit B - Blackline Proposed Order) (Dean, G.) (Entered: 09/14/2021) |
| 25 | 76 | ORDER GRANTING PLAINTIFF URBAN COMMONS QUEENSWAY, LLCSMOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERALRULE OF CIVIL PROCEDURE 56 AND FEDERALRULE OF BANKRUPTCY PROCEDURE 7056 (related document(s)75) Order Signed on 9/14/2021. (CAS) (Entered: 09/14/2021) |
| 26 | 75 | Certification of Counsel *Regarding Order Granting Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment* (related document(s)37) Filed by Urban Commons Queensway, LLC. (Attachments: # 1 Exhibit A - Revised Proposed Order # 2 Exhibit B - Blackline Proposed Order) (Dean, G.) (Entered: 09/14/2021) |
| 27 | 76 | ORDER GRANTING PLAINTIFF URBAN COMMONS QUEENSWAY, LLCS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERALRULE OF CIVIL PROCEDURE 56 AND FEDERALRULE OF BANKRUPTCY PROCEDURE 7056 (related document(s)75) Order Signed on 9/14/2021. (CAS) (Entered: 09/14/2021) |
| 28 | 122 | Transcript regarding Hearing Held 11/19/2021 RE: Motion for Judgment. Remote electronic access to the transcript is restricted until 3/8/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080 |
| 29 | 126 | Response *of Defendants to Certification of Counsel of Plaintiff Urban Commons Queensway, LLC in Response to Defendants' Insufficient Accounting* (related document(s)123) Filed by EHT Asset Management, LLC, EHT Asset Management, LLC, Taylor Woods, and Howard Wu, Taylor Woods, Howard Wu |

| | | |
|---|---|---|
| 30 | 127 | SANCTIONS ORDER (related document(s)113, 114, 118) |
| 31 | 132 | [SEALED] Reply *Defendants EHT Asset Management, LLC, Taylor Woods, and Howard Wu's Fourth Accounting in Response to the Preliminary Injunction Order* (related document(s)71, 118, 127) |

### B.   DESIGNATIONS FROM MAIN CASE (NO. 21-10036)

| Item No. | Docket No. | Description |
|---|---|---|
| 1 | 219 | Objection // *Objection and Reservation of Rights of Urban Commons, LLC, and Certain of its Affiliated Entities, Howard Wu, and Taylor Woods to Debtors' Motion Pursuant to Bankruptcy Rule 2004* (related document(s)122) Filed by Urban Commons, LLC and their Related Entities and Affiliates, Howard Wu, and Taylor Woods (Attachments: # 1 Certificate of Service) (Stulman, Aaron) (Entered: 02/16/2021) |
| 2 | 388 | Objection // *Objection, Joinder, and Reservation of Rights of Urban Commons, LLC, Howard Wu, and Taylor Woods to Debtors' Bidding Procedures and Sale Motion* (related document(s)334) Filed by Urban Commons, LLC, Taylor Woods, Howard Wu (Attachments: # 1 Certificate of Service) (Stulman, Aaron) (Entered: 03/19/2021)Email |
| 2 | 697 | Objection // *Objection, Joinder, and Reservation of Rights of Urban Commons, LLC, Howard Wu, and Taylor Woods to Debtors' Sale Motion* (related document(s)334, 503) Filed by Urban Commons, LLC, Taylor Woods, Howard Wu (Attachments: # 1 Certificate of Service) (Stulman, Aaron) (Entered: 05/14/2021) |
| 4 | 744 | Objection // *Objection, Joinder, and Reservation of Rights of Urban Commons, LLC, Constellation Hospitality Group, LLC, Howard Wu, and Taylor Woods to Debtors' Sale Motion* (related document(s)334, 388, 503, 697, 722) Filed by Constellation Hospitality Group, LLC, Urban Commons, LLC, Taylor Woods, Howard Wu (Attachments: # 1 Exhibit A) (Stulman, Aaron) (Entered: 05/24/2021) |
| 5 | 745 | Certificate of Service *Regarding Objection, Joinder, and Reservation of Rights of Urban Commons, LLC, Constellation Hospitality Group, LLC, Howard Wu, and Taylor Woods to Debtors' Sale Motion* (related document(s)744) Filed by Constellation Hospitality Group, LLC, Urban Commons, LLC, Taylor Woods, Howard Wu. (Stulman, Aaron) (Entered: 05/24/2021) |
| 6 | 790 | Supplement *to Objections of Constellation Hospitality Group, LLC, Howard Wu, and Taylor Woods to Debtors' Sale Motion* (related document(s)697, 744) Filed by Constellation Hospitality Group, LLC, Taylor Woods, Howard Wu. (Attachments: # 1 Exhibit A) (Stulman, Aaron) (Entered: 05/28/2021) |
| 7 | 1043 | Order Granting Motion of Potter Anderson & Corroon LLP for Leave to Withdraw as Counsel to Urban Commons, LLC, Its Affiliated Entities, Constellation Hospitability Group, LLC, Howard Wu and Taylor Woods. |
| 8 | 1163 | Order Denying Extension of Time Request (related document(s)1163, 1164) Order Signed on 9/17/2021. (CAS) (Entered: 09/17/2021) |
| 9 | 1164 | Letter to the Court from Debtors in response to and opposing Appellants' Letter request for additional time |
| 10 | 1174 | Order Denying Extension of Time Request (related document(s)1163, 1164) Order Signed on 9/17/2021. (CAS) (Entered: 09/17/2021) |
| 11 | 1176 | ORDER GRANTING DEBTORS THIRD OMNIBUS OBJECTION (SUBSTANTIVE)TO PROOFS OF CLAIMS FILED BY MASTER LESSEES PURSUANT TOBANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007 (related document(s)1175) Order Signed on 9/18/2021. (Attachments: # 1 Exhibit 1 - Schedule of Claims and Reason for Disallowance) (CAS) (Entered: 09/18/2021) |

| | | |
|---|---|---|
| 12 | 1190 | ORDER SUSTAINING BANK OF AMERICA, N.A.S OMNIBUSOBJECTION TO MASTER LESSEES FILED BY JOINT DEBTORS THIRD OMNIBUS OBJECTION (SUBSTANTIVE)TO PROOFS OF CLAIMS FILED BY MASTER LESSEES PURSUANTTO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007 (related document(s)1189) Order Signed on 9/21/2021. (Attachments: # 1 Schedule 1) (CAS) (Entered: 09/21/2021) |
| 13 | 1638 | Opinion (CAS) |
| 14 | 1639 | Order (related document(s)1638) |
| 15 | 1686 | Order Regarding Commitment for Civil Contempt Against Mr. Woods and/or Mr. Wu (Order Signed on 11/22/2021). |
| 16 | 1818 | Objection to Confirmation of Plan by Howard Wu, Taylor Woods, and EHT Asset Management LLC, et.al. (related document(s)1598, 1718) |
| 17 | 1819 | Exhibit(s) *(Notice of Filing Revised Exhibit A to Plan Supplement)* (related document(s)1598, 1718) |
| 18 | 1828 | SANCTIONS ORDER Signed on 12/14/2021. |
| 19 | 1833 | Transcript regarding Hearing Held 12/08/21 RE: Omnibus. |
| 20 | 1840 | Memorandum/Brief (Liquidating Debtors' Memorandum of Law (I) In Support of Confirmation of First Amended Joint Plan of Liquidation of Eagle Hospitality Real Estate Investment Trust and Certain of Its Subsidiary Debtors and (II) in Response to Objections to Confirmation of Plan) (related document(s)1598) |
| 21 | 1874 | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER (I) CONFIRMING MODIFIED FIRST AMENDED JOINT PLAN OF LIQUIDATION OF EAGLE HOSPITALITY REAL ESTATE INVESTMENT TRUST AND CERTAIN OF ITS SUBSIDIARY DEBTORS AND (II) GRANTING RELATED RELIEF |
| 22 | 1880 | Transcript regarding Hearing Held 12/20/21 RE: Confirmation. Remote electronic access to the transcript is restricted until 3/21/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Filed by Reliable Companies. Notice of Intent to Request Redaction Deadline Due By 12/28/2021. |
| 23 | 1902 | Chapter 11 Monthly Operating Report for the Month Ending: 11/30/2021 |

C. **ADDITIONAL DESIGNATIONS FROM ADVERSARY ACTIONS:**

**i. Appellants' Complaints from the 18 Adversary Actions filed by Appellants against Debtors:**

| Item No. | Case Number | Docket No. | Description |
| --- | --- | --- | --- |
| 1 | 21-50082-CSS | 1 | Complaint |
| 2 | 21-50083-CSS | 1 | Complaint |
| 3 | 21-50084-CSS | 1 | Complaint |
| 4 | 21-50085-CSS | 1 | Complaint |
| 5 | 21-50086-CSS | 1 | Complaint |
| 6 | 21-50087-CSS | 1 | Complaint |
| 7 | 21-50088-CSS | 1 | Complaint |
| 8 | 21-50089-CSS | 1 | Complaint |
| 9 | 21-50090-CSS | 1 | Complaint |
| 10 | 21-50091-CSS | 1 | Complaint |
| 11 | 21-50092-CSS | 1 | Complaint |
| 12 | 21-50093-CSS | 1 | Complaint |
| 13 | 21-50094-CSS | 1 | Complaint |
| 14 | 21-50095-CSS | 1 | Complaint |
| 15 | 21-50096-CSS | 1 | Complaint |
| 16 | 21-50307-CSS | 1 | Complaint |
| 17 | 21-50308-CSS | 1 | Complaint |
| 18 | 21-50310-CSS | 1 | Compliant |

**ii. Appellants' 6 Answers from the first 6 Adversary Actions filed by Debtors against Appellants:**

**1. 21-50073: Urban Commons Queensway, LLC v. EHT QMLB, LLC, et al.**
Answer to Complaint, filed on 3/3/21 at DE No. 5.

**2. 21- 50074: Urban Commons Highway 111 A, LLC v. EHT ESPD, LLC, et al.**
Answer to Complaint, filed on 3/3/21 at DE No. 5.

**3. 21- 50075: Urban Commons Riverside Blvd. A, LLC v. EHT WSAC, LLC, et al.**
Answer to Complaint, filed on 3/3/21 at DE No. 5.

**4. 21-50076: UCF 1, LLC v. EHT ESAN, LLC, et al.**
Answer to Complaint, filed on 3/3/21 at DE No. 5.

**5. 21-50077: Urban Commons Anaheim HI, LLC v. EHT HIA, LLC, et al.**
Answer to Complaint, filed on 3/3/21 at DE No. 7.

**6. 21-50078: Urban Commons 4th Street A, LLC v. EHT FPSJ, LLC, et al.**
Answer to Complaint, filed on 3/3/21 at DE No. 7.

iii. **Additional Docket Entries from Adversary Action No. 21-50476:**

| Date | Doc | Description |
|---|---|---|
| 5/26/2021 | 16 | Memorandum of Law *in Opposition to Debtors' Emergency Motion for Preliminary Injunctive Relief* (related document(s)3) Filed by EHT Asset Management, LLC, Taylor Woods, Howard Wu. (Attachments: # 1 Certificate of Service) (Sensing, John) (Entered: 05/26/2021) |
| 5/26/2021 | 17 | Declaration in Support *// Declaration of John A. Sensing in Support of Defendants' Memorandum of Law in Opposition to Debtors' Emergency Motion for Preliminary Injunctive Relief* (related document(s)16) Filed by EHT Asset Management, LLC, Taylor Woods, Howard Wu. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Exhibit O # 16 Exhibit P # 17 Exhibit Q # 18 Certificate of Service) (Sensing, John) (Entered: 05/26/2021) |

| Date | Doc | Description |
|---|---|---|
| 5/26/2021 | 21 | Order Denying [SEALED] Plaintiff Urban Commons Queensway, LLC's Motion for Preliminary Injunctive Relief Pursuant to Federal Rule of Bankruptcy Procedure 7065 and 11 U.S.C. § 105 (related document(s)3) Order Signed on 5/26/2021. (CAS) (Entered: 05/26/2021) |
| 5/28/2021 | 23 | Transcript regarding Hearing Held 5/26/21 RE: Motion for Preliminary Injunction. Remote electronic access to the transcript is restricted until 8/26/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Notice of Intent to Request Redaction Deadline Due By 6/4/2021. Redaction Request Due By 6/18/2021. Redacted Transcript Submission Due By 6/28/2021. Transcript access will be restricted through 8/26/2021. (related document(s) 740 , 752 , 758 ) (Murin, Leslie) (Entered: 05/28/2021) |
| 6/21/2021 | 36 | Answer to Complaint (related document(s)1) Filed by EHT Asset Management, LLC, Taylor Woods, Howard Wu Mediation due date: 10/19/2021. (Attachments: # 1 Certificate of Service)(Samis, Christopher) (Entered: 06/21/2021) |

| | | |
|---|---|---|
| 7/12/2021 | 46 | Motion to Extend Time *to Respond to Plaintiff Urban Commons Queensway, LLC's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Bankruptcy Procedure 7056* Filed by EHT Asset Management, LLC, Taylor Woods, Howard Wu (related document(s)37). (Attachments: # 1 Exhibit A # 2 Certificate of Service) (Stulman, Aaron) (Entered: 07/12/2021)Email |
| 7/14/2021 | 47 | Transcript regarding Hearing Held 7/7/21 RE: Omnibus. Remote electronic access to the transcript is restricted until 10/12/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Notice of Intent to Request Redaction Deadline Due By 7/21/2021. Redaction Request Due By 8/4/2021. Redacted Transcript Submission Due By 8/16/2021. Transcript access will be restricted through 10/12/2021. (Murin, Leslie) (Entered: 07/14/2021) |
| 7/16/2021 | 51 | Objection *to Plaintiff's Motion for Order (I) Establishing Expedited Briefing Schedule and (II) Scheduling Expedited Hearing with Respect to Plaintiff's Cross-Motion for Preliminary Injunctive Relief and Defendants' Motion to Extend Time to Respond to Summary Judgment Motion* (related document(s)50) Filed by EHT Asset Management, LLC, Taylor Woods, Howard Wu (Attachments: # 1 Certificate of Service) (Stulman, Aaron) (Entered: 07/16/2021) |

| | | |
|---|---|---|
| 7/21/2021 | 53 | Memorandum of Law *in Opposition to the Debtors' Renewed Cross-Motion for Preliminary Injunctive Relief* (related document(s)48) Filed by EHT Asset Management, LLC, Taylor Woods, Howard Wu. (Attachments: # 1 Certificate of Service) (Sensing, John) (Entered: 07/21/2021) |
| 7/28/2021 | 63 | Transcript regarding Hearing Held 7/26/21 RE: Various Motions. Remote electronic access to the transcript is restricted until 10/26/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Notice of Intent to Request Redaction Deadline Due By 8/4/2021. Redaction Request Due By 8/18/2021. Redacted Transcript Submission Due By 8/30/2021. Transcript access will be restricted through 10/26/2021. (related document(s) 948 , 957 ) (Murin, Leslie) (Entered: 07/28/2021)Em |
| 8/16/2021 | 68 | Transcript regarding Hearing Held 8/12/2021 RE: Omnibus. Remote electronic access to the transcript is restricted until 11/15/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number (302)654-8080. Notice of Intent to Request Redaction Deadline Due By 8/23/2021. Redaction Request Due By 9/7/2021. Redacted Transcript Submission Due By 9/16/2021. Transcript access will be restricted through 11/15/2021. (BJM) (Entered: 08/16/2021)Email |

| Date | Doc # | Description |
|---|---|---|
| 8/27/2021 | 69 | Letter Opinion (related document(s)46) (CAS) (Entered: 08/27/2021) |
| 8/27/2021 | 71 | ORDER GRANTING PLAINTIFF URBAN COMMONSQUEENSWAY, LLCS RENEWED CROSS-MOTIONFOR PRELIMINARY INJUNCTIVE RELIEF (related document(s)70) Order Signed on 8/27/2021. (CAS) (Entered: 08/27/2021) |
| 9/14/2021 | 76 | ORDER GRANTING PLAINTIFF URBAN COMMONS QUEENSWAY, LLCSMOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERALRULE OF CIVIL PROCEDURE 56 AND FEDERALRULE OF BANKRUPTCY PROCEDURE 7056 (related document(s)75) Order Signed on 9/14/2021. (CAS) (Entered: 09/14/2021) |
| 9/23/2021 | 78 | Motion For Contempt *(Plaintiff Urban Commons Queensway, LLC's Motion for Judgment of Civil Contempt Against Defendants for Failure to Comply With Preliminary Injunction)* (related document(s)71) Filed by Urban Commons Queensway, LLC (related document(s)71). (Attachments: # 1 Memorandum of Law in Support of Motion for Judgment of Civil Contempt |

Against Defendants for Failure to Comply With Preliminary Injunction # 2 Exhibit A - Proposed Order) (Dean, G.) (Entered: 09/23/2021)

| 10/7/2021 | 83 | Amended Motion to Extend Time *for Filing Notice of Appeal* Filed by EHT Asset Management, LLC, Taylor Woods, and Howard Wu (related document(s)76). (Attachments: # 1 Certificate of Service) (Sullivan, Brian) (Entered: 10/07/2021)Email |
|---|---|---|
| 10/7/2021 | 84 | Response *to Plaintiff Urban Commons Queensway, LLCs Motion for Judgment of Civil Contempt Against Defendants for Failure to Comply with Preliminary Injunction* (related document(s)78) Filed by EHT Asset Management, LLC, EHT Asset Management, LLC, Taylor Woods, and Howard Wu, Taylor Woods, Howard Wu (Attachments: # 1 Affidavit # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Certificate of Service) (McCullough, Bruce) (Entered: 10/07/2021)Email |

| 10/9/2021 | 85 | Objection *(Plaintiff Urban Commons Queensway, LLC's Memorandum of Law in Opposition to Defendants' Motion to Extend Time for Filing Notice of Appeal)* (related document(s)76, 83) Filed by Urban Commons Queensway, LLC (Dean, G.) (Entered: 10/09/2021) |
|---|---|---|

 

                **C.**      **PROOFS OF CLAIMS**

**iv. All Proofs of Claims filed by Appellants as follows:**

1. **Claim #: 799**: **EHT HIOR LLC, Claim Amount: $26,105,643.00**
   **Debtor: UCCONT1, LLC**
   TAYLOR WOODS
   3334 EAST COAST HIGHWAY #350
   CORONA DEL MAR, CA 92625

2. **Claim #: 800**: **EHT ESAN LLC**, **Claim Amount: $4,016,720.00**
   **Debtor: UCF 1, LLC**
   TAYLOR WOODS
   3334 EAST COAST HIGHWAY #350
   CORONA DEL MA, CA 92625

3. **Claim #: 801**: **EHT HIDH LLC, Claim Amount: $6,176,809.00**
   **Debtor: UCHIDH, LLC**
   TAYLOR WOODS
   3334 EAST COAST HIGHWAY #350
   CORONA DEL MAR, CA 92625

4. **Claim #: 802**: **EHT RDH LLC, Claim Amount: $11,870,837.00**
   **Debtor: UCRDH, LLC**
   TAYLOR WOODS
   3334 EAST COAST HIGHWAY #350
   CORONA DEL MAR, CA 92625

5. **Claim #: 804**: **EHT FPSJ LLC, Claim Amount: $4,024,755.00**
   **Debtor: Urban Commons 4th Street A, LLC**
   TAYLOR WOODS
   3334 EAST COAST HIGHWAY #350
   CORONA DEL MAR, CA 92625

6. **Claim #: 805**: **EHT HHA LLC, Claim Amount: $4,058,814.00**
   **Debtor: Urban Commons Anaheim Hi, LLC**
   TAYLOR WOODS
   3334 EAST COAST HIGHWAY #350
   CORONA DEL MAR, CA 92625

7. **Claim #: 806**: **EHT HISM LLC, Claim Amount: $5,344,647.00**
   **Debtor: Urban Commons Bayshore A, LLC**
   TAYLOR WOODS
   3334 EAST COAST HIGHWAY #350
   CORONA DEL MAR, CA 92625

8. **Claim #: 807**: **EHT SPH LLC, Claim Amount: $9,049,816.00**
   **Debtor: Urban Commons Cordova A, LLC**
   TAYLOR WOODS
   3334 EAST COAST HIGHWAY #350
   CORONA DEL MAR, CA 92625

9. **Claim #: 808**: **EHT CPDCT LLC, Claim Amount: $3,535,560.00**
   **Debtor: Urban Commons Danbury A, LLC**
   TAYLOR WOODS
   3334 EAST COAST HIGHWAY #350
   CORONA DEL MAR, CA 92625

10. **Claim #: 811**: **EHT ESPD LLC, Claim Amount: $3,673,550.00**
    **Debtor: Urban Commons Highway 111 A, LLC**
    TAYLOR WOODS
    3334 EAST COAST HIGHWAY #350
    CORONA DEL MAR, CA 92625

11. **Claim #: 813**: **EHT QMLB LLC, Claim Amount: $103,595,097.00**
    **Debtor: Urban Commons Queensway, LLC**
    TAYLOR WOODS
    3334 EAST COAST HIGHWAY #350
    CORONA DEL MAR, CA 92625

12. **Claim #: 816**: **EHT WSAC LLC, Claim Amount: $2,029,838.00**
    **Debtor: Urban Commons Riverside Blvd., A, LLC**
    TAYLOR WOODS
    3334 EAST COAST HIGHWAY #350
    CORONA DEL MAR, CA 92625

13. **Claim #: 817**: **EHT HAN LLC, Claim Amount: $3,779,807.00**
    **Debtor: Sky Harbor Atlanta Northeast, LLC**
    TAYLOR WOODS
    3334 EAST COAST HIGHWAY #350
    CORONA DEL MAR, CA 92625

14. **Claim #: 818**: **EHT DHSLC LLC, Claim Amount: $4,307,141.00**
    **Debtor: 5151 Wiley Post Way Salt Lak City LLC**
    TAYLOR WOODS
    3334 EAST COAST HIGHWAY #350
    CORONA DEL MAR, CA 92625

15. **Claim #: 819**: **EHT SDTC LLC, Claim Amount: $3,397,911.00**
    **Debtor: Sky Harbor Denver Tech Center, LLC**
    TAYLOR WOODS
    3334 EAST COAST HIGHWAY #350
    CORONA DEL MAR, CA 92625

### D. TRANSCRIPTS

1. Transcript of the Court Hearing held on 8/12/21 regarding Appellants' prior Counsel Motion to Withdraw, at Adversary Proceeding No. 21-50476, DE 68, dated 8/16/21; and also from the main case, Transcript of the Court Hearing held on 8/12/21 re on Appellants' prior Counsel Motion to Withdraw, Adversary Proceeding No. 21-50476, DE's 1045 and 1046, dated 8/16/21.

2. Transcript of the Court Hearing held on 5/26/21, at Adversary Proceeding No. 21-50476, DE 23, dated 5/28/21.

3. Transcript of the Court Hearing held on 7/26/21, at Adversary Proceeding No. 21-50476, DE 63, dated 7/28/21.

### E. ADDITIONAL DOCUMENTS SINCE THE LAST DESIGNATION FOR RELATED CONSOLIDATED APPEALS BELOW

| Item No. | Docket No. | Description |
|---|---|---|
| 1 | 92 | Reply *Supplement to EHT Asset Management, LLC, Taylor Woods, and Howard Wu Reply to the Debtors' Response to Motion to Extend Time for Filing Notice of Appeal* (related document(s)88) Filed by EHT Asset Management, LLC, Taylor Woods, and Howard Wu (Attachments: # 1 Certificate of Service) (Sullivan, Brian) (Entered: 10/19/2021) |
| 2 | 97 | Reply */ Defendants' Preliminary Accounting to the Court of the PPP Funds* (related document(s)78) Filed by EHT Asset Management, LLC, EHT Asset Management, LLC, Taylor Woods, and Howard Wu (Attachments: # 1 Exhibit A # 2 Certificate of Service) (McCullough, Bruce) (Entered: 10/21/2021) |
| 3 | 98 | Statement of Issues on Appeal *and Designation of Record* (related document(s)76) Filed by EHT Asset Management, LLC, Taylor Woods, and Howard Wu. (Attachments: # 1 Certificate of Service) (Sullivan, Brian) (Entered: 10/26/2021) |
| 4 | 102 | Reply */ Defendants' Supplemental Accounting to the Court of the PPP Funds* (related document(s)71) Filed by EHT Asset Management, LLC, EHT Asset Management, LLC, Taylor Woods, and Howard Wu, Taylor Woods, Howard Wu (Attachments: # 1 Exhibit A # 2 Certificate of Service) (McCullough, Bruce) (Entered: 11/08/2021) |

| 5 | 103 | Notice of Appeal *DC CA 21-1583, BAP 21-75*. Fee Amount $298. (related document(s)103) Appellant(s): EHT Asset Management, LLC, Taylor Woods, Howard Wu. Appellees listed as: Urban Common Queensway, LLC. Filed by EHT Asset Management, LLC, Taylor Woods, and Howard Wu. (Attachments: # 1 Certificate of Service) (Sullivan, Brian) Modified on 11/9/2021 (JS). (Entered: 11/09/2021) |
|---|---|---|

**Dated: January 7, 2021**

                                 **RESPECTFULLY SUBMITTED,**

                                 **WERB & SULLIVAN**

                                 /s/ *Brian A. Sullivan*
                                 Brian A. Sullivan (No. 2098)
                                 1225 North King Street, Suite 600
                                 Wilmington, Delaware 19801
                                 Telephone: (302) 652-1100
                                 Facsimile: (302) 652-1111
                                 bsullivan@werbsullivan.com

                                 *Attorneys for Appellants*