**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x
In re:                                                         : Chapter 11
                                                               :
EHT US1, Inc., *et al.*,                                       : Case No. 21-10036 (CSS)
                                                               :
         Debtors.[1]                                 :
------------------------------------------------------------- x (Jointly Administered)

**NOTICE OF AGENDA OF MATTER SCHEDULED
FOR HEARING ON FEBRUARY 18, 2022 AT 11:00 A.M. (ET)
<u>BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI</u>[2]**

> **THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM. BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM. ALL PARTIES APPEARING REMOTELY MUST REGISTER THEIR ZOOM APPEARANCE BY NOON ON FEBRUARY 17, 2022.**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsduGtpzovGuuV24QRteju6lbjKVyL4Y0
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**RESOLVED MATTERS**

1. Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) with Respect to Certain Late-Filed Claims (Filed January 19, 2022) (Docket No. 2008)

   Related Pleadings:

   (a) Certification of Counsel Regarding Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) with Respect to Certain Late-Filed Claims (Filed February 7, 2022) (Docket No. 2079)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: EHT US1, Inc.(6703); 5151 Wiley Post Way, Salt Lake City, LLC (1455); ASAP Cayman Atlanta Hotel LLC (2088); ASAP Cayman Denver Tech LLC (7531); ASAP Cayman Salt Lake City Hotel LLC (7546); ASAP Salt Lake City Hotel, LLC (7146); Atlanta Hotel Holdings, LLC (6450); CI Hospitality Investment, LLC (7641); Eagle Hospitality Real Estate Investment Trust (7734); Eagle Hospitality Trust S1 Pte. Ltd. (7669); Eagle Hospitality Trust S2 Pte. Ltd. (7657); EHT Cayman Corp. Ltd. (7656); Sky Harbor Atlanta Northeast, LLC (6846); Sky Harbor Denver Holdco, LLC (6650); Sky Harbor Denver Tech Center, LLC (8303); UCCONT1, LLC (0463); UCF 1, LLC (6406); UCRDH, LLC (2279); UCHIDH, LLC (6497); Urban Commons 4th Street A, LLC (1768); Urban Commons Anaheim HI, LLC (9915); Urban Commons Bayshore A, LLC (2422); Urban Commons Cordova A, LLC (4152); Urban Commons Danbury A, LLC (4388); Urban Commons Highway 111 A, LLC (4497); Urban Commons Riverside Blvd., A, LLC (4661); and USHIL Holdco Member, LLC (4796). The Debtors' mailing address is 1166 Avenue of the Americas, 15th Floor, New York, NY 10036 c/o Alan Tantleff (solely for purposes of notices and communications).

[2] Until further notice, all hearing before the Hon. Christopher S. Sontchi will be held entirely on Zoom and in-person attendance will not be permitted, notwithstanding Judge Sontchi's chambers procedures to the contrary. For the avoidance of doubt, all testimony will be via Zoom, including cross-examination and re-direct. (Effective for all hearings on and after December 17, 2021).

    (b)    Order Sustaining Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) with Respect to Certain Late-Filed Claims (Entered February 8, 2022) (Docket No. 2084)

Response Deadline:    February 2, 2022 at 4:00 p.m. (ET).

Responses Received:

    (a)    Francisco Hernandez Jr.'s Motion for Reconsideration (Filed February 3, 2022) (Docket No. 2058)

        (i)    Notice of Hearing on Francisco Hernandez Jr.'s Motion for Reconsideration (Filed February 3, 2022) (Docket No. 2064)

Status:    The Court entered an Order sustaining the Objection. This matter will not be going forward.

2. Liquidating Trustee's Twelfth Omnibus Objection (Substantive) to Reclassify Certain Misclassified Claims (Filed January 19, 2022) (Docket No. 2009)

    Related Pleadings:

    (a)    Notice of Submission of Proofs of Claim Regarding Liquidating Trustee's Twelfth Omnibus Objection (Substantive) to Reclassify Certain Misclassified Claims (Filed February 3, 2022) (Docket No. 2065)

    (b)    Certification of No Objection Regarding Liquidating Trustee's Twelfth Omnibus Objection (Substantive) to Reclassify Certain Misclassified Claims (Filed February 4, 2022) (Docket No. 2071)

    (c)    Order Sustaining Liquidating Trustee's Twelfth Omnibus Objection (Substantive) to Reclassify Certain Misclassified Claims (Entered February 7, 2022) (Docket No. 2076)

Response Deadline:    February 2, 2022 at 4:00 p.m. (ET).

Responses Received:  None.

Status:    The Court entered an Order sustaining the Objection. This matter will not be going forward.

3. Motion of Urban Commons Queensway, LLC for Entry of an Order (I) Converting its Chapter 11 Case to a Case Under Chapter 7, (II) Terminating the Services of Donlin, Recano & Company, Inc., (III) Amending the Debtors' Joint Administration Orders and (IV) Granting Related Relief (Filed January 20, 2022) (Docket No. 2015)

    Related Pleadings:

    (a)    Certification of Counsel Regarding Motion of Urban Commons Queensway, LLC for Entry of an Order (I) Converting its Chapter 11 Case

       to a Case Under Chapter 7, (II) Terminating the Services of Donlin, Recano & Company, Inc., (III) Amending the Debtors' Joint Administration Orders and (IV) Granting Related Relief (Filed February 7, 2022) (Docket No. 2080)

  (b) Order (I) Converting the Chapter 11 Case of Urban Commons Queensway, LLC to a Case Under Chapter 7, (II) Terminating the Services of Donlin, Recano & Company, Inc. as Claims and Noticing Agent in its Case, (III) Amending the Debtors' Joint Administration Orders and (IV) Granting Related Relief (Entered February 8, 2022) (Docket No. 2085)

Objection Deadline: February 3, 2022 at 4:00 p.m. (ET).

Responses Received: Informal comment by disbanded Official Committee of Unsecured Creditors.

Status: The Court entered an Order granting the Motion. This matter will not be going forward.

4. Francisco Hernandez Jr.'s Motion for Reconsideration (Filed February 3, 2022) (Docket No. 2058)

 Related Pleadings:

  (a) Notice of Hearing on Francisco Hernandez Jr.'s Motion for Reconsideration (Filed February 3, 2022) (Docket No. 2064)

 Objection Deadline: February 11, 2022 at 4:00 p.m. (ET).

 Responses Received:

  (a) Certification of Counsel Regarding Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) with Respect to Certain Late-Filed Claims (Filed February 7, 2022) (Docket No. 2079)

  (b) Order Sustaining Liquidating Trustee's Eleventh Omnibus Objection (Non-Substantive) with Respect to Certain Late-Filed Claims (Entered February 8, 2022) (Docket No. 2084)

 Status: The Liquidating Trustee withdrew the Objection as to Mr. Hernandez's claim, and the Court entered a revised Order sustaining the Objection. This matter will not be going forward.

**ADJOURNED MATTER**

5.  Oracle's Request for Allowance and Payment of Chapter 11 Administrative Expenses (Filed October 6, 2021) (Docket No. 1313)

    Related Pleadings:

    (a)  Order Extending Certain Deadlines and Adjourning Hearing with Respect to Certain Administrative Claims (Entered October 21, 2021) (Docket No. 1417)

    Response Deadline:   October 20, 2021 at 4:00 p.m. (ET).
    Upon written consent of the parties, the Response Deadline was extended until 4:00 p.m. on December 30, 2021 for the Debtors.

    Responses Received:  None at this time.

    Status:  This matter is continued to a date to be determined.

**MATTER GOING FORWARD**

6.  Liquidating Trustee's Thirteenth Omnibus Objection (Substantive) for Certain (I) Overstated Claims, (II) Misclassified Claims, and (III) Amended and Superseded Claims (Filed January 19, 2022) (Docket No. 2011)

    Related Pleadings:

    (a)  Notice of Submission of Proofs of Claim Regarding Liquidating Trustee's Thirteenth Omnibus Objection (Substantive) for Certain (I) Overstated Claims, (II) Misclassified Claims, and (III) Amended and Superseded Claims (Filed February 3, 2022) (Docket No. 2066)

    (b)  Liquidating Trustee's Reply in Further Support of Objection to Riverside County's Claim as Part of Thirteenth Omnibus Objection (Substantive) for Certain (I) Overstated Claims, (II) Misclassified Claims, and (III) Amended and Superseded Claims (Filed February 15, 2022) (Docket No. 2101)

    Response Deadline:   February 2, 2022 at 4:00 p.m. (ET).

    Responses Received:

    (a)  County of Riverside Treasurer-Tax Collector's Opposition to Liquidating Trustees' Thirteenth Omnibus Objections (Filed February 2, 2022) (Docket No. 2056)

    Status:  This matter will be going forward solely with respect to the claim of Riverside County.

| | |
|---|---|
| Dated: February 16, 2022<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>By: */s/ G. David Dean*<br>G. David Dean (No. 6403)<br>Sophie E. Macon (No. 6562)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 574-2103<br>Email: ddean@coleschotz.com<br>smacon@coleschotz.com<br><br>- and -<br><br>Seth Van Aalten (admitted *pro hac vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, New York 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>Email: svanaalten@coleschotz.com<br><br>*Counsel to Liquidating Trustee* |